AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   4:20-cv-00283-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _Hon. William Barr, Attorney General_

was received by me on (*date*) _4-1-2020_.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ;   or

☒ other (*specify*) _US. Certified Mail Return Receipt Requested_
_(# 7001 2510 0002 0580 8559 )_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _4-14-2020_

_____
Server's signature

_Susan Provost, Legal Assistant_
Printed name and title

_1200 Summit Ave., Ste 860, Ft Worth 76102_
Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

April 1, 2019

Hon. William Barr
Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530

Via Certified Mail
7001 2510 0002 0580 8559

Re:     *John Kelley and Joel Starnes, on behalf of themselves and others
        similarly situated; Kelley Orthodontics, on behalf of itself and others
        similarly situated; Braidwood Management, Inc., on behalf of itself and
        others similarly situated v. Alex M. Azar II, in his official capacity as
        Secretary of Health and Human Services; Steven T. Mnuchin, in his
        official capacity as Secretary of the Treasury; Eugene Scalia, in his
        official capacity as Secretary of Labor and the United States of America*
        Case No.: 4:20-cv-283-O

Dear General Barr:

        Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the
Citation and Plaintiff's Class Action Complaint filed with the United States District
Court for the Northern District of Texas Fort Worth Division.

        Thank you very much for your attention to this matter.

                                        Very truly yours,

                                        H. Dustin Fillmore, III

DF3:sp
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable William Barr
Attorney General
950 Pennsylvania Ave, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

APR 07 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 2510 0002 0580 8559

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Civil Process Clerk - USA_

was received by me on *(date)* _4·1·2020_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated

by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* _US Certified Mail  Return Receipt Requested_
_(# 7001 2510 0002 0580 8610)_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _4·14·2020_

_Susan Provost_
Server's signature

_Susan Provost_
Printed name and title

_1200 Summit Ave., 3rd floor, Ft. Worth TX 76102_
Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

April 1, 2020

Civil Process Clerk
United States of America
United States Attorney for the
Northern District of Texas
801 Cherry Street, Suite 1700
Fort Worth, TX 76102

<u>Via Certified Mail</u>
7001 2510 0002 0580 8610

Re:   *John Kelley and Joel Starnes, on behalf of themselves and others
similarly situated; Kelley Orthodontics, on behalf of itself and others
similarly situated; Braidwood Management, Inc., on behalf of itself and
others similarly situated v. Alex M. Azar II, in his official capacity as
Secretary of Health and Human Services; Steven T. Mnuchin, in his
official capacity as Secretary of the Treasury; Eugene Scalia, in his
official capacity as Secretary of Labor and the United States of America*
Case No.: 4:20-cv-283-O

Dear Sir or Madam:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the
Citation and Plaintiff's Class Action Complaint filed with the United States District
Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

H. Dustin Fillmore, III

DF3:sp
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
US Attorney for N. Dist.
of Texas
801 Cherry St, Ste 1700
Ft. Worth TX 76102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

L Modese    03 APR 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0002 0580 8610

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Hon. William Barr, Attorney General
was received by me on (*date*) ___4 . 1 . 2020___ .  obo Alex Azar, Sec. of Health and Human Svcs.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*)  US Certified Mail Return Receipt Requested
(# 7001 2510 0002 0580 8627)

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __4·14·2020__                              _Susan Provost_____
                                                              Server's signature

                                                      _Susan Provost_____
                                                      Printed name and title

                                         1200 Summit Ave., Ste 860, Ft. Worth TX 76102
                                                              Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

April 1, 2020

Hon. William Barr
Attorney General of the United States
obo Alex M. Azar, II in his official capacity as
    Secretary of Health and Human Services
950 Pennsylvania Ave., NW
Washington, DC 20530

<u>Via Certified Mail</u>
7001 2510 0002 0580 8627

Re: *John Kelley and Joel Starnes, on behalf of themselves and others similarly situated; Kelley Orthodontics, on behalf of itself and others similarly situated; Braidwood Management, Inc., on behalf of itself and others similarly situated v. Alex M. Azar II, in his official capacity as Secretary of Health and Human Services; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; Eugene Scalia, in his official capacity as Secretary of Labor and the United States of America*
Case No.: 4:20-cv-283-O

Dear General Barr:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

H. Dustin Fillmore, III

DF3:sp
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. William Barr
Attorney General
c/o Alex Azar, II , Sec. of
Health & Human Svcs.
950 Pennsylvania Ave NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 0 7 2020

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0002 0580 8627

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Erin Nealy Cox, US Attorney obo_
was received by me on *(date)* ___4·1·2020___ .   _Alex Azar, Sec of Health + Human Svcs._

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: _US Certified Mail Return Receipt Requested_
_(# 7001 2510 0002 0580 8603)_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___4·14·2020___                    _Susan Provost_
                                          Server's signature

                                          _Susan Provost, legal Assistant_
                                          Printed name and title

                                          _1200 Summit Ave, Ste 800, Ft. Worth TX 76102_
                                          Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860                                      TELEPHONE: 817/332-2351
FORT WORTH, TEXAS 76102                                                   FAX: 817/870-1859

April 1, 2020

Ms. Erin Nealy Cox                                       <u>Via Certified Mail</u>
Office of the United States Attorney            7001 2510 0002 0580 8603
   for the Northern District of Texas
obo Alex M. Azar, II in his official capacity as
   Secretary of Health and Human Services
801 Cherry Street, Suite 1700
Fort Worth, TX 76102

     Re:   *John Kelley and Joel Starnes, on behalf of themselves and others*
          *similarly situated; Kelley Orthodontics, on behalf of itself and others*
          *similarly situated; Braidwood Management, Inc., on behalf of itself and*
          *others similarly situated v. Alex M. Azar II, in his official capacity as*
          *Secretary of Health and Human Services; Steven T. Mnuchin, in his*
          *official capacity as Secretary of the Treasury; Eugene Scalia, in his*
          *official capacity as Secretary of Labor and the United States of America*
          Case No.: 4:20-cv-283-O

Dear Ms. Cox:

     Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

     Thank you very much for your attention to this matter.

                       Very truly yours,

                       H. Dustin Fillmore, III

DF3:sp
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Erin Nealy Cox
Us Attorney / N. Dist of Tx
Obo Alex Azar
801 Cherry St., Suite 1700
Ft. Worth Tx
76102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
L. Madere                          03 APR 2020

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0002 0580 8603

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  *Hon. William Barr, Attorney General doo*
was received by me on (date)  *4·1·2020* .  *Stue Mnuchin, Sec. of Treasury*

☐  I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (name of individual) _____ , who is designated

by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☒  other (specify)  *US Certified Mail Return Receipt Requested*
*(# 7001 2510 6002 0580 8597)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  *4·14·2020*

*Susan Provost*
Server's signature

*Susan Provost*
Printed name and title

*1200 Summit Ave., Se 860, Ft. Worth TX 76102*
Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

April 1, 2020

Hon. William Barr
Attorney General of the United States
obo Steve Mnuchin in his official capacity as
    Secretary of the Treasury
950 Pennsylvania Ave., NW
Washington, DC 20530

<u>Via Certified Mail</u>
7001 2510 0002 0580 8597

Re: *John Kelley and Joel Starnes, on behalf of themselves and others similarly situated; Kelley Orthodontics, on behalf of itself and others similarly situated; Braidwood Management, Inc., on behalf of itself and others similarly situated v. Alex M. Azar II, in his official capacity as Secretary of Health and Human Services; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; Eugene Scalia, in his official capacity as Secretary of Labor and the United States of America* Case No.: 4:20-cv-283-O

Dear General Barr:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

H. Dustin Fillmore, III

DF3:sp
Enclosures

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br><br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. William Barr<br>Attorney General<br>o/o Steve Mnuchin, Sec.<br>of Treasury<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>APR 0 7 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br><br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7001 2510 0002 0580 8597 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Erin Nealy Cox, US Attorney obo
was received by me on *(date)* 4·1·2020 .   Stve Mnuchin, Sec. of Treasury

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;  or

☒ other *(specify)* US Certified Mail Return Receipt Requested
(#7001 2510 0002 0580 8580)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860                    TELEPHONE: 817/332-2351
FORT WORTH, TEXAS 76102                                FAX: 817/870-1859

April 1, 2020

Ms. Erin Nealy Cox                               <u>Via Certified Mail</u>
Office of the United States Attorney             7001 2510 0002 0580 8580
    for the Northern District of Texas
obo Steve Mnuchin, in his official capacity as
    Secretary of the Treasury
801 Cherry Street, Suite 1700
Fort Worth, TX 76102

> Re:   *John Kelley and Joel Starnes, on behalf of themselves and others
> similarly situated; Kelley Orthodontics, on behalf of itself and others
> similarly situated; Braidwood Management, Inc., on behalf of itself and
> others similarly situated v. Alex M. Azar II, in his official capacity as
> Secretary of Health and Human Services; Steven T. Mnuchin, in his
> official capacity as Secretary of the Treasury; Eugene Scalia, in his
> official capacity as Secretary of Labor and the United States of America*
> Case No.: 4:20-cv-283-O

Dear Ms. Cox:

Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

Thank you very much for your attention to this matter.

Very truly yours,

H. Dustin Fillmore, III

DF3:sp
Enclosures

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _La-Mah_  ☑ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>L Madore              03APr 2020<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Ms. Erin Nealy Cox<br>US Attorney /N. Dist. of Tx<br>oboo Steve Mnuchin, sec.<br>of Treasury<br>801 Cherry Street, Ste 1700<br>Ft. Worth TX 76102 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7001 2510 0002 0580 8580 | |
| PS Form 3811, August 2001      Domestic Return Receipt | 102595-02-M-0835 |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00283-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Erin Nealy Cox, US Attorney obo_
was received by me on (date) ___4.1.2020___ .   _Eugene Scalia, Sec. of Labor_

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated
by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (specify) ___US Certified Mail Return Receipt Requested_
_(# 7001 2510 0002 0580 8566)_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _4·14·2020_

_Sue Provost_
Server's signature

_Susan Provost_
Printed name and title

_1200 Summit Ave.; Ste 860, Ft. Worth TX_
Server's address                                    _76102_

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860
FORT WORTH, TEXAS 76102

TELEPHONE: 817/332-2351
FAX: 817/870-1859

April 1 2020

Ms. Erin Nealy Cox
Office of the United States Attorney
   for the Northern District of Texas
obo Eugene Scalia in his official capacity as
   Secretary of Labor
801 Cherry Street, Suite 1700
Fort Worth, TX 76102

<u>Via Certified Mail</u>
7001 2510 0002 0580 8566

Re:   *John Kelley and Joel Starnes, on behalf of themselves and others similarly situated; Kelley Orthodontics, on behalf of itself and others similarly situated; Braidwood Management, Inc., on behalf of itself and others similarly situated v. Alex M. Azar II, in his official capacity as Secretary of Health and Human Services; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; Eugene Scalia, in his official capacity as Secretary of Labor and the United States of America* Case No.: 4:20-cv-283-O

Dear Ms. Cox:

     Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the Citation and Plaintiff's Class Action Complaint filed with the United States District Court for the Northern District of Texas Fort Worth Division.

     Thank you very much for your attention to this matter.

Very truly yours,

H. Dustin Fillmore, III

DF3:sp
Enclosures

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C Madene                        03 Apr 2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Ms. Erin Nealy Cox
US Attorney / N. Dist of Tx
obo Eugene Scalia, Sec
ot Labor
801 Cherry St. Ste 1700
Ft. Worth TX 76102

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 2510 0002 0580 8566

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   4:20-cv-00283-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  *Hon. William Barr, US Attorney Gen.*
was received by me on (date)  *4.1.2020*  .  *Eugene Scalia, Sec. of Labor*

☐  I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (name of individual) _____ , who is designated
by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (specify)  *US Certified Mail Return Receipt Requested*
*(# 7061 2610 0002 0580 8573)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: *4.14.2020*

*Sue Provost*
Server's signature

*Susan Provost*
Printed name and title

*1200 Summit Ave., Ste 860, Ft. Worth TX 76102*
Server's address

Additional information regarding attempted service, etc:

# The Fillmore Law Firm, L.L.P.

1200 SUMMIT AVENUE, SUITE 860                                     TELEPHONE: 817/332-2351
FORT WORTH, TEXAS 76102                                                     FAX: 817/870-1859

April 1, 2020

Hon. William Barr                                           <u>Via Certified Mail</u>
Attorney General of the United States              7001 2510 0002 0580 8573
obo Eugene Scalia, in his official capacity as
   Secretary of Labor
950 Pennsylvania Ave., NW
Washington, DC 20530

       Re:   *John Kelley and Joel Starnes, on behalf of themselves and others*
           *similarly situated; Kelley Orthodontics, on behalf of itself and others*
           *similarly situated; Braidwood Management, Inc., on behalf of itself and*
           *others similarly situated v. Alex M. Azar II, in his official capacity as*
           *Secretary of Health and Human Services; Steven T. Mnuchin, in his*
           *official capacity as Secretary of the Treasury; Eugene Scalia, in his*
           *official capacity as Secretary of Labor and the United States of America*
           Case No.: 4:20-cv-283-O

Dear General Barr:

     Pursuant to Federal Rule of Civil Procedure 4(i), you are hereby served with the
Citation and Plaintiff's Class Action Complaint filed with the United States District
Court for the Northern District of Texas Fort Worth Division.

     Thank you very much for your attention to this matter.

                    Very truly yours,

                    H. Dustin Fillmore, III

DF3:sp
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. William Barr
Attorney General
obo Eugene Scalia, Sec of labor
950 Pennsylvania Ave, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

APR 07 2020

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)

7001 2510 0002 0580 8573

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835