IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

JOHN KELLEY, *et al.*,

      Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

      Defendants.

Civil Action No. 4:20-cv-00283-O

## <u>NOTICE OF APPEARANCE</u>

The Clerk of Court is respectfully requested to enter the appearance of Jordan L. Von Bokern in the above-captioned action as counsel for Defendants Alex M. Azar II, Steven T. Mnuchin, Eugene Scalia, and the United States.

Dated: May 19, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

  /s/ Jordan L. Von Bokern
JORDAN L. VON BOKERN (D.C. Bar #
1032962)
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-7919
Fax: (202) 616-8460
Email: Jordan.L.Von.Bokern2@usdoj.gov

Attorneys for Federal Defendants Alex M. Azar II,
Steven T. Mnuchin, Eugene Scalia, and the United States

<u>Certificate of Service</u>

On May 19, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Jordan L. Von Bokern</u>
Jordan L. Von Bokern
Trial Attorney
