IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

JOHN KELLEY, *et al.*,

     Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

     Defendants.

Civil Action No. 4:20-cv-00283-O

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiffs filed their complaint in the above-captioned matter on March 29, 2020. Defendants' answer is currently due June 1, 2020. The current restrictions in effect as a result of the COVID-19 public health emergency, including increased childcare responsibilities as a result of school closures, are interfering with undersigned counsel's ability to respond to the complaint. Defendants therefore respectfully move this Court for an extension of time until June 29, 2020 to answer or otherwise respond to the complaint in this action. The undersigned counsel has conferred with counsel for Plaintiffs and they consent to the above-requested extension.

Dated: May 20, 2020

Respectfully submitted,

ERIN NEALY COX
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

BRIAN W. STOLTZ
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:     214-659-8807
brian.stoltz@usdoj.gov

MICHELLE R. BENNETT
Assistant Branch Director

  /s/ Jordan L. Von Bokern
CHRISTOPHER M. LYNCH (D.C. Bar #
1049152)
JORDAN L. VON BOKERN (D.C. Bar #
1032962)
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-7919
Fax: (202) 616-8460
Email: Jordan.L.Von.Bokern2@usdoj.gov

Attorneys for Defendants

Certificate of Conference

This is to certify that I have conferred with counsel for the other parties about the

motion, and that the relief requested is unopposed by all parties.

/s/ Jordan L. Von Bokern
Jordan L. Von Bokern
Trial Attorney

Certificate of Service

On May 20, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jordan L. Von Bokern
Jordan L. Von Bokern
Trial Attorney