IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| ALEX M. AZAR II, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Answer ("Motion") (ECF No. 8), filed May 20, 2020. In the Motion, Defendants request the deadline to respond to Plaintiff's Complaint be extended until June 29, 2020. Having considered the unopposed Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendants may respond to Plaintiff's Complaint **on or before June 29, 2020**.

**SO ORDERED** on this **20th day** of **May, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1