IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

———————————————————————

| | |
|---|---|
| JOHN KELLEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-00283-O |
| ALEX M. AZAR II, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT
FOR DEFENDANTS' MOTION TO DISMISS**

Defendants' motion to dismiss the Complaint is due June 29, 2020. *See* ECF No. 9 (granting Defendants' unopposed motion to extend time).

1. The Complaint in this class action is unusually complex. It is 38 pages long, containing 148 numbered paragraphs including legal argument, and incorporates six exhibits. *See* ECF No. 1. It contains eight separate claims, each based on different legal theories, applied differently to the work of three different federal bodies by four plaintiffs who are differently-situated and bring different claims.

2. To address these distinct claims, Defendants respectfully request relief from the 25-page limit set forth in Local Rule 7.2(c), and request an additional 15 pages for their motion to dismiss.

3. The undersigned has conferred with counsel for Plaintiffs and they consent to the requested relief.

Respectfully submitted,

| | |
|---|---|
| ERIN NEALY COX<br>United States Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone: 214-659-8626<br>Facsimile: 214-659-8807<br>brian.stoltz@usdoj.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ Christopher M. Lynch<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar # 1049152)<br>JORDAN L. VON BOKERN<br>(D.C. Bar # 1032962)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Fax: (202) 616-8460<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Federal Defendants Alex M. Azar II,
Steven T. Mnuchin, Eugene Scalia, and the United States

**Certificate of Conference**

Pursuant to L.R. 7.1(b), I hereby certify that I have conferred with counsel for the other parties about the motion, and that the relief requested is unopposed by all parties.

/s/ Christopher M. Lynch
Christopher M. Lynch
Trial Attorney

**Certificate of Service**

On June 26, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Christopher M. Lynch
Christopher M. Lynch
Trial Attorney