IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

JOHN KELLEY, *et al.*,

      Plaintiffs,

v.                                                          Civil Action No. 4:20-cv-00283-O

ALEX M. AZAR II, *et al.*,

      Defendants.

## ORDER

Upon consideration of the unopposed motion for extension of page limit for defendants' motion to dismiss, filed by Defendants Alex M. Azar II, Steven T. Mnuchin, Eugene Scalia, and the United States, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants' brief in support of their motion to dismiss shall be no longer than 40 pages.

**SO ORDERED**.

_____
REED O'CONNOR
United States District Judge