IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

———————————————————

| | |
|---|---|
| JOHN KELLEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-00283-O |
| ALEX M. AZAR II, *et al.*, | |
| Defendants. | |

**ORDER**

Upon consideration of the Joint Motion to Vacate This Court's June 30 Order and to Stay Other Initial Activity, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that this Court's order of June 30, 2020, is hereby vacated, and it is further

**ORDERED** that the Fed. R. Civ. P. 26(f) conference, the issuance of a scheduling order pursuant to Fed. R. Civ. P. 16(b), and initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are stayed until Defendants' forthcoming Motion to Dismiss the First Amended Complaint is resolved, and it is further

**ORDERED** that the Court will confer with the Parties upon resolution of Defendants' Motion to Dismiss the First Amended Complaint with regard to the timing

of the Fed. R. Civ. P. 26(f) conference, the issuance of a scheduling order pursuant to Fed. R. Civ. P. 16(b), and initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**SO ORDERED**.

_____
REED O'CONNOR
United States District Judge
