IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| ALEX M. AZAR II et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Vacate ("Motion") (ECF No. 15), filed July 24, 2020. After considering the Joint Motion, the Court finds that it should be and is hereby **GRANTED,** and this Court's order of June 30, 2020, ECF No. 13, is hereby vacated. It is further,

**ORDERED** that Defendants may file their Motion to Dismiss on or before August 7, 2020, it is further

**ORDERED** that the Federal Rule of Civil Procedure 26(f) conference, the issuance of a scheduling order pursuant to Rule 16(b), and initial disclosures pursuant to Rule 26(a)(1) are stayed until Defendants' forthcoming Motion to Dismiss the First Amended Complaint is resolved, and it is further

**ORDERED** that the Court will confer with the Parties upon resolution of Defendants' Motion to Dismiss the First Amended Complaint with regard to the timing of the Rule 26(f) conference, the issuance of a scheduling order pursuant to Rule 16(b), and initial disclosures pursuant to Rule 26(a)(1).

**SO ORDERED** this **27th** day of **July**, **2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE