IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| JOHN KELLEY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-00283-O |
| ALEX M. AZAR II, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT
FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants' motion to dismiss the First Amended Complaint is due August 7, 2020. *See* ECF No. 16.

1. The First Amended Complaint in this case is unusually complex. It contains over 100 numbered paragraphs including legal argument, and incorporates six exhibits. *See* ECF No. 14. It contains five separate claims, each based on different legal theories, applied differently to the work of three different federal bodies by ten different plaintiffs who are differently-situated and bring different claims from one another.

2. To address these distinct claims, Defendants respectfully request relief from the 25-page limit set forth in Local Rule 7.2(c), and request an additional 10 pages for their motion to dismiss.

3. The undersigned has conferred with counsel for Plaintiffs and they consent to the requested relief.

Respectfully submitted,

| | |
|---|---|
| ERIN NEALY COX<br>United States Attorney | ETHAN P. DAVIS<br>Acting Assistant Attorney General |
| */s/ Brian W. Stoltz*<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:    214-659-8626<br>Facsimile:     214-659-8807<br>brian.stoltz@usdoj.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br> */s/ Christopher M. Lynch*<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar # 1049152)<br>JORDAN L. VON BOKERN<br>(D.C. Bar # 1032962)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Fax: (202) 616-8460<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Federal Defendants Alex M. Azar II,
Steven T. Mnuchin, Eugene Scalia, and the United States

**Certificate of Service**

On August 6, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>*/s/ Christopher M. Lynch*
>Christopher M. Lynch
>Trial Attorney