IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

───────────────────────────────

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br>    Defendants. | Civil Action No. 4:20-cv-00283-O |

**ORDER**

Upon consideration of the unopposed motion for extension of page limit for defendants' motion to dismiss the first amended complaint, filed by Defendants Alex M. Azar II, Steven T. Mnuchin, Eugene Scalia, and the United States, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants' brief in support of their motion to dismiss shall be no longer than 35 pages.

**SO ORDERED**.

                                                            ─────────────────────
                                                            REED O'CONNOR
                                                            United States District Judge