IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| ALEX M. AZAR II et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Page Limitation ("Motion") (ECF No. 17), filed August 6, 2020. In the Motion, Defendants request an additional 10 pages in excess of the limitation set by Local Rule 7.2(c) for their motion to dismiss. Having considered the unopposed Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendants may file a motion to dismiss not to exceed **35 pages**.

SO ORDERED on this **7th day** of **August, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE