UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**John Kelley**, et al.

                    Plaintiffs,

v.                                                    Case No. 4:20-cv-00283-O

**Alex M. Azar II**, et al.,

                    Defendants.

## [PROPOSED] ORDER

The plaintiffs' unopposed motion to extend time for filing the response to the defendants' motions to dismiss is GRANTED. The plaintiffs shall file their responses to the motions to dismiss on or before Friday, September 11, 2020.

Dated: _____, 2020

_____

REED O'CONNOR
UNITED STATES DISTRICT JUDGE