IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN KELLEY et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| **ALEX M. AZAR II et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs Braidwood Management Inc., John Kelley, Kelley Orthodontics, Ashley Maxwell, Sazch Maxwell, Joel Miller, Donovan Riddle, Karla Riddle, Gregory Scheideman, and Joel Starnes' Unopposed Motion to Extend Time ("Motion") (ECF No. 21), filed August 12, 2020. In the Motion, Plaintiffs request the deadline to file a response to Defendants' Motion to Dismiss be extended to September 11, 2020. Having considered the Unopposed Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is hereby **ORDERED** that Plaintiffs may file a response **on or before September 11, 2020**.

**SO ORDERED** on this **13th day** of **August, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE