UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>**Alex M. Azar II**, et al.,<br><br>                Defendants. | Case No. 4:20-cv-00283-O |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

On August 6, 2020, this Court granted the defendants' motion to have an additional 10 pages for their motion to dismiss. *See* ECF No. 19. On August 7, the defendants submitted a 35-page brief in support of their motion to dismiss. *See* ECF No. 20.

The plaintiffs respectfully request a similar 10-page extension for their response to the defendants' motion to dismiss. Although the plaintiffs have attempted to keep their brief within the 25-page limit, we have found it impossible to adequately address the defendants' arguments without requesting an extension of pages from this Court. The plaintiffs have prepared a brief that is 32 pages in length, and we respectfully ask the Court to grant our motion to submit a brief of no more than 35 pages in response to the defendants' motion to dismiss.

We have consulted with counsel for the defendants and they are unopposed to this motion.

**CONCLUSION**

The plaintiffs' unopposed motion to extend the page limits for their response to the defendants' motion to dismiss should be granted.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| H. Dustin Fillmore III | Jonathan F. Mitchell |
| Texas Bar No. 06996010 | Texas Bar No. 24075463 |
| Charles W. Fillmore | Mitchell Law PLLC |
| Texas Bar No. 00785861 | 111 Congress Avenue, Suite 400 |
| The Fillmore Law Firm, LLP | Austin, Texas 78701 |
| 1200 Summit Avenue, Suite 860 | (512) 686-3940 (phone) |
| Fort Worth, Texas 76102 | (512) 686-3941 (fax) |
| (817) 332-2351 (phone) | jonathan@mitchell.law |
| (817) 870-1859 (fax) |  |
| dusty@fillmorefirm.com |  |
| chad@fillmorefirm.com |  |
| Dated: September 12, 2020 | *Counsel for Plaintiffs* |

## CERTIFICATE OF CONFERENCE

  I certify that I have conferred with Christopher M. Lynch, counsel for the defendants, and he informed me that the defendants are unopposed to this motion.

                /s/ Jonathan F. Mitchell
                Jonathan F. Mitchell
                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2020, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*