UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>**Alex M. Azar II**, et al.,<br><br>                    Defendants. | Case No. 4:20-cv-00283-O |

## [PROPOSED] ORDER

The plaintiffs' extend the page limits for their response to the defendants' motion to dismiss is GRANTED. The plaintiffs may file a brief not to exceed 35 pages in response to the defendants' motion to dismiss.

Dated: _____, 2020

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE