UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**John Kelley**, et al.

       Plaintiffs,

v.

**Alex M. Azar II**, et al.,

       Defendants.

Case No. 4:20-cv-00283-O

### [PROPOSED] ORDER

The plaintiffs' extend motion to extend their deadline for responding to the motion to dismiss from September 11, 2020, to September 12, 2020, nunc pro tunc, is GRANTED.

Dated: _____, 2020

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE