IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley** and **Joel Starnes**, on behalf of themselves and others similarly situated; **Kelley Orthodontics**, on behalf of itself and others similarly situated; **Braidwood Management Inc.**, on behalf of itself and others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>**Alex M. Azar, II,** in his official capacity as Secretary of Health and Human Services; **Steven T. Mnuchin**, in his official capacity as Secretary of the Treasury; **Eugene Scalia**, in his official capacity as Secretary of Labor; **United States of America**<br><br>     Defendants | Civil Action No.: 4:20-cv-00283-O |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

   Please take notice that The Fillmore Law Firm, L.L.P. has moved their offices. The new address for the firm is as follows:

201 Main Street, Suite 801
Fort Worth, Texas 76102.

All other contact information remains the same.

         Respectfully submitted,

       By:  */s/ H. Dustin Fillmore, III*
          **H. DUSTIN FILLMORE III**
          State Bar No. 06996010

**CHARLES W. FILLMORE**
State Bar No. 00785861

**THE FILLMORE LAW FIRM, L.L.P.**
201 Main Street, Suite 801
Fort Worth, Texas 76102
817/332-2351
817/870-1859 - Telecopier
dusty@fillmorefirm.com
chad@fillmorefirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 This is to certify that the above and foregoing instrument has been served on all counsel by delivery of a true copy via e-service on the 16th day of September, 2020 as follows:

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
jonathan@mitchelllaw.com

Christopher M. Lynch
Jordan L. Von Bokern
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
christopher.m.lynch@usdoj.gov
jordon.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
brian.stoltz@usdoj.gov

 */s/ H. Dustin Fillmore III*
H. Dustin Fillmore III