IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
FEDERAL DEFENDANTS TO FILE REPLY**

Defendants' reply in support of their motion to dismiss the First Amended Complaint is currently due September 28, 2020. On September 23, 2020, the undersigned counsel learned that co-counsel would be unexpectedly unavailable for the foreseeable future. The undersigned counsel has personal commitments from September 25-September 28, 2020 and as a result, co-counsel had, before his unavailability, been planning to take primary responsibility for completing the reply. Defendants therefore respectfully move this Court for an extension of time of one week, until October 5, 2020, to complete the reply brief. The undersigned counsel has conferred with counsel for Plaintiffs and they consent to the above-requested extension.

| | |
|---|---|
| Dated: September 24, 2020 | Respectfully submitted, |
| ERIN NEALY COX<br>United States Attorney | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| BRIAN W. STOLTZ<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>  /s/ Christopher M. Lynch<br>CHRISTOPHER M. LYNCH (D.C. Bar # 1049152)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 305-4537<br>Fax: (202) 616-8470<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Defendants

Certificate of Conference

This is to certify that I have conferred with counsel for the other parties about the motion, and that the relief requested is unopposed by all parties.

/s/ Christopher M. Lynch
Christopher M. Lynch
Trial Attorney

<u>Certificate of Service</u>

On September 24, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Christopher M. Lynch</u>
Christopher M. Lynch
Trial Attorney