IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| JOHN KELLEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>Defendants. | Civil Action No. 4:20-cv-00283-O |

**ORDER**

Upon consideration of the unopposed motion for extension of time to file Defendants' reply in support of their motion to dismiss the First Amended Complaint, filed by Defendants Alex M. Azar II, Steven T. Mnuchin, Eugene Scalia, and the United States, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants' reply in support of their motion to dismiss the First Amended Complaint shall be filed on or before October 5, 2020.

**SO ORDERED**.

_____
REED O'CONNOR
United States District Judge