IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

———————————————————————

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants' reply in support of their motion to dismiss the First Amended Complaint is due October 5, 2020. *See* ECF No. 30.

1. Plaintiffs' opposition to Defendants' motion to dismiss the First Amended Complaint contains nine separate numbered argument sections, several with multiple subparts, and is 32 pages long. It supports a complaint that contains five separate claims, each based on different legal theories, applied differently to the work of three different federal bodies by ten different plaintiffs who are differently-situated and bring different claims from one another.

2. To address these numerous arguments involving multiple claims, Defendants respectfully request relief from the 10-page limit set forth in Local Rule 7.2(c), and request an additional 5 pages for their reply in support of their motion to dismiss.

3. The undersigned has conferred with counsel for Plaintiffs and they consent to the requested relief.

        Respectfully submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        MICHELLE R. BENNETT
        Assistant Branch Director

        */s/ Christopher M. Lynch*
        CHRISTOPHER M. LYNCH
        (D.C. Bar # 1049152)
        Trial Attorney
        U.S. Department of Justice
        Civil Division
        1100 L Street, NW
        Washington, D.C. 20005
        Telephone: (202) 353-4537
        Fax: (202) 616-8460
        Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Federal Defendants Alex M. Azar II,
Steven T. Mnuchin, Eugene Scalia, and the United States

**Certificate of Service**

On October 5, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

> */s/ Christopher M. Lynch*
> Christopher M. Lynch
> Trial Attorney