IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

———————————————————

| | |
|---|---|
| JOHN KELLEY, *et al.*, | |
|    Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-00283-O |
| ALEX M. AZAR II, *et al.*, | |
|    Defendants. | |

**ORDER**

Upon consideration of the unopposed motion for extension of page limit for Defendants' reply in support of motion to dismiss the first amended complaint, filed by Defendants Alex M. Azar II, Steven T. Mnuchin, Eugene Scalia, and the United States, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants' reply brief in support of their motion to dismiss shall be no longer than 15 pages.

**SO ORDERED**.

_____
REED O'CONNOR
United States District Judge