IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| ALEX M. AZAR II et al., § | |
| § | |
| Defendants. § | |

## ORDER

On February 25, 2021, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss this case. *See* Order, ECF No. 35. The Court had previously indicated that it would, upon resolution of that motion, confer with the parties regarding the timing of the Rule 26(f) conference, the issuance of a scheduling order pursuant to Rule 16(b), and initial disclosures pursuant to Rule 26(a)(1). *See* Order, ECF No. 16.

Accordingly, the parties are **ORDERED** to meet and confer regarding a discovery timeline, a proposed briefing schedule on any remaining dispositive motions, the need for a trial setting, and any other matters the parties feel necessary to bring to the Court's attention. The parties are directed to provide the Court with a status report on these matters by **March 22, 2021**.

**SO ORDERED** on this **25th day** of **February 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE