IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN KELLEY, *et al.*,

     Plaintiffs,

v.

NORRIS COCHRAN,[1] *et al.*,

     Defendants.

Civil Action No. 4:20-CV-00283-O

## CERTIFICATE OF INTERESTED PERSONS

Other than the parties to this case (to the extent they may or may not have any financial interest in the outcome of this case), the undersigned counsel for defendants Norris Cochran, Janet L. Yellen, Al Stewart, and the United States is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Health and Human Services Norris Cochran has been substituted for Alex M. Azar II, Secretary of the Treasury Janet L. Yellen has been substituted for Steven T. Mnuchin, and Acting Secretary of Labor Al Stewart has been substituted for Eugene Scalia.

**Certificate of Interested Persons – Page 1**

Dated: March 12, 2021                                  Respectfully submitted,


PRERAK SHAH                                            BRIAN M. BOYNTON
Acting United States Attorney                          Acting Assistant Attorney General

*/s/ Brian W. Stoltz*                                  MICHELLE R. BENNETT
Brian W. Stoltz                                        Assistant Branch Director
Assistant United States Attorney
Texas Bar No. 24060668                                 CHRISTOPHER M. LYNCH
1100 Commerce Street, Third Floor                      (D.C. Bar # 1049152)
Dallas, Texas 75242-1699                               */s/ Jordan L. Von Bokern*
Telephone:    214-659-8626                             JORDAN L. VON BOKERN
Facsimile:    214-659-8807                             (D.C. Bar # 1032962)
brian.stoltz@usdoj.gov                                 Trial Attorneys
                                                       U.S. Department of Justice
                                                       Civil Division
                                                       1100 L Street, NW
                                                       Washington, D.C. 20005
                                                       Telephone: (202) 305-7919
                                                       Fax: (202) 616-8460
                                                       Email: Jordan.L.Von.Bokern2@usdoj.gov


                        Attorneys for Defendants


**Certificate of Interested Persons – Page 2**

## Certificate of Service

On March 12, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jordan L. Von Bokern
Jordan L. Von Bokern