IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| XAVIER BECERRA et al., § | |
| § | |
| Defendants. § | |

## SCHEDULING ORDER

Before the Court is the parties' Joint Report Regarding Contents of Scheduling Order (ECF No. 39), filed March 22, 2021. Having considered the parties' proposed dates for litigation in this case, the Court **ORDERS** the following deadlines:

| | |
|---|---|
| Initial Expert Designation, Report, and Disclosures | May 1, 2021 |
| Responsive Expert Designation, Report, and Disclosures | June 1, 2021 |
| Joinder of Parties; Amendment of Pleadings; Rebuttal Expert Designation | July 1, 2021 |
| Expert Objections | August 1, 2021 |
| Completion of Discovery | October 1, 2021 |
| Plaintiffs' Motion for Summary Judgment | November 1, 2021 |
| Defendants' Combined Response & Cross-Motion for Summary Judgment | 30 days after Plaintiffs file MSJ |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | 30 days after Defendants file Combined Response & Cross-MSJ |
| Defendants' Reply to Cross-Motion for Summary Judgment | 21 days after Plaintiffs file Combined Reply & Response to Cross-MSJ |

| All other Motions except Motions in Limine; Pretrial Disclosures | 30 days after a ruling denying parties' Motions for Summary Judgment |

**SO ORDERED** on this **23rd day** of **March 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE