UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00283-O |

## NOTICE OF APPEARANCE OF COUNSEL

 The undersigned counsel, who is admitted to practice in this court, enters an appearance on behalf of the plaintiffs in this case. Jonathan F. Mitchell will continue to serve as the lead attorney in this case.

                  Respectfully submitted.

                   /s/ Gene P. Hamilton
                  Gene P. Hamilton
                  Virginia Bar No. 80434
                  Vice-President and General Counsel
                  America First Legal Foundation
                  300 Independence Avenue SE
                  Washington, DC 20003
                  (202) 964-3721
Dated: June 10, 2021         gene.hamilton@aflegal.org

# CERTIFICATE OF SERVICE

I certify that on June 10, 2021, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                /s/Gene P. Hamilton
                                                Gene P. Hamilton
                                                *Counsel for Plaintiffs*