IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

─────────────────────────────────────

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**AGREED MOTION TO AMEND BRIEFING SCHEDULE**

The parties respectfully request the Scheduling Order (ECF No. 40) be amended as follows:

| Event | Current Schedule | Parties' Proposal |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | November 1 | November 15 |
| Defendants' Combined Response & Cross Motion for Summary Judgment: Nov. 30 | December 1 | December 29 |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | December 31 | January 28 |
| Defendants' Reply to Cross-Motion for Summary Judgment | January 21 | February 18 |

The plaintiffs are requesting this extension because Jonathan F. Mitchell, lead counsel for the plaintiffs, is serving as counsel of record in both *United States v. Texas*, No. 21A85, and *Whole Woman's Health v. Jackson*, No. 21-463. The Supreme Court of the United States granted certiorari in both cases last week and adopted an expedited briefing schedule in which opening merits briefs must be filed by Wednesday, October 27, 2021, with reply briefs filed by Friday, October 29, 2021. Oral argument in both cases will be held on November 1, 2021. Mr. Mitchell

will be authoring briefs and presenting argument in both cases, and he needs to devote his attention to his responsibilities in those cases between now and November 1.

In order to accommodate the plaintiffs' requested extension, the defendants request an additional extension for the deadline to file their combined cross-motion and opposition brief to accommodate one of defense counsel's taking pre-planned family leave that would otherwise occur during the time after the plaintiffs' motion would be due and before the defendant's opposition and cross-motion would be due if the plaintiffs' time to file is extended.

The parties have conferred and both sides agree to the schedule set forth above.

Respectfully submitted,

| | |
|---|---|
| CHAD E. MEACHAM<br>Acting United States Attorney<br><br>*/s/ Brian W. Stoltz*<br>BRIAN W. STOLTZ<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br> */s/ Christopher M. Lynch*<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar # 1049152)<br>JORDAN L. VON BOKERN<br>(D.C. Bar # 1032962)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Fax: (202) 616-8470<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Agreed Motion to Amend Briefing Schedule – Page 2**

## Certificate of Service

On October 26, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch
