IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

## ORDER

Upon consideration of the Agreed Motion to Amend Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that briefing on the parties' motions for summary judgment shall be due as follows:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | November 15 |
| Defendants' Combined Response & Cross Motion for Summary Judgment: Nov. 30 | December 29 |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | January 28 |
| Defendants' Reply to Cross-Motion for Summary Judgment | February 18 |

**SO ORDERED**.

REED O'CONNOR
United States District Judge