IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

# SCHEDULING ORDER

Before the Court is the parties' Agreed Motion to Amend Briefing Schedule (ECF No. 42), filed October 26, 2021. Noting the agreement of the parties and finding good cause to amend, the Court **GRANTS** the parties' Motion. Accordingly, the Court **ORDERS** the following:

1) Plaintiffs' Motion for Summary Judgment is due on or before November 15.

2) Defendants' Combined Response & Cross Motion for Summary Judgment is due December 29.

3) Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment is due January 28, 2022.

4) Defendants' Reply to Cross-Motion for Summary Judgment is due February 18.

**SO ORDERED** on this **26th day** of **October 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE