UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>      Defendants. | Case No. 4:20-cv-00283-O |

## STIPULATION OF DISMISSAL OF CLAIMS ASSERTED BY DONOVAN AND KARLA RIDDLE

The parties stipulate to the dismissal of the claims asserted by plaintiffs Donovan Riddle and Karla Riddle under Rule 41(a)(1)(A)(ii). The parties agree that the dismissal of these claims is with prejudice, and each party will bear its own costs and fees.

                  Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ Christopher M. Lynch<br>CHRISTOPHER M. LYNCH<br>D.C. Bar No. 1049152<br>JORDAN L. VON BOKERN<br>D.C. Bar No. 1032962<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-7919 (phone)<br>(202) 616-8460 (fax)<br>christopher.m.lynch@usdoj.gov |

jordan.l.von.bokern2@usdoj.gov

Dated: December 2, 2021 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2021, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                            /s/ Jonathan F. Mitchell
                                            JONATHAN F. MITCHELL
                                            *Counsel for Plaintiffs*