IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

───────────────────────────────────────

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

## AGREED MOTION TO AMEND BRIEFING SCHEDULE

The parties respectfully request the Scheduling Order (ECF No. 40) be amended to extend all deadlines by two weeks, as follows:

| Event | Current Schedule | Parties' Proposal |
|---|---|---|
| Defendants' Combined Response & Cross Motion for Summary Judgment | December 29, 2021 | January 12, 2022 |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | January 28, 2022 | February 11, 2022 |
| Defendants' Reply to Cross-Motion for Summary Judgment | February 18, 2022 | March 4, 2022 |

Defendants are requesting this extension to facilitate coordination between multiple government agencies in light of the holiday period. The parties have conferred and both sides agree to the schedule set forth above.

Respectfully submitted,

| | |
|---|---|
| CHAD E. MEACHAM | BRIAN M. BOYNTON |
| Acting United States Attorney | Acting Assistant Attorney General |
| | |
| */s/ Brian W. Stoltz* | MICHELLE R. BENNETT |
| BRIAN W. STOLTZ | Assistant Branch Director |
| Assistant United States Attorney | |
| Texas Bar No. 24060668 | */s/ Christopher M. Lynch* |
| 1100 Commerce Street, Third Floor | CHRISTOPHER M. LYNCH |
| Dallas, Texas 75242-1699 | (D.C. Bar # 1049152) |
| Telephone:     214-659-8626 | JORDAN L. VON BOKERN |
| Facsimile:      214-659-8807 | (D.C. Bar # 1032962) |
| brian.stoltz@usdoj.gov | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Division |
| | 1100 L Street, NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 353-4537 |
| | Fax: (202) 616-8470 |
| | Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Certificate of Service**

On December 20, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch
