**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOHN KELLEY et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-00283-O** |
| | § | |
| **XAVIER BECERRA et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' second Agreed Motion to Amend Briefing Schedule (ECF No. 48), filed December 20, 2021. Noting the agreement of the parties and finding good cause to amend, the Court **GRANTS** the parties' Motion. Accordingly, the Court **ORDERS** the following:

1) Defendants' Combined Response & Cross Motion for Summary Judgment is due January 12, 2022.

2) Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment is due February 11.

3) Defendants' Reply to Cross-Motion for Summary Judgment is due March 4.

**SO ORDERED** on this **21st day** of **December, 2021**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**