UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al. <br><br> Plaintiffs, <br><br> v. <br><br> **Alex M. Azar II**, et al., <br><br> Defendants. | Case No. 4:20-cv-00283-O |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The plaintiffs respectfully submit this notice of supplemental authority to alert the Court of the Fifth Circuit's recent decision in *DeOtte v. Nevada*, No. 19-10754. The panel vacated the classwide injunction that the district court had entered in *DeOtte v. Azar*, 393 F. Supp. 3d 490 (N.D. Tex. 2019), ruling that the case had become moot. The mandate has not yet issued, so the district court's injunction and judgment remain in effect for now. And Mr. DeOtte intends to petition for rehearing en banc, so the court of appeals' mandate is unlikely to issue until the court disposes of the forthcoming en banc petition.

If the panel opinion stands, it will reopen the challenges that the religious-objector plaintiffs are asserting against the Contraceptive Mandate, challenges that this Court dismissed on res judicata grounds in its order of February 25, 2021 (ECF No. 35). We have attached a copy of the *DeOtte* opinion to this notice.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| Gene P. Hamilton | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: December 22, 2021                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 22, 2021, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                /s/ Jonathan F. Mitchell
                                                Jonathan F. Mitchell
                                                *Counsel for Plaintiffs*