IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

The parties respectfully request the Scheduling Order (ECF No. 49) be amended to extend all deadlines by just over two weeks, as follows:

| Event | Current Schedule | Parties' Proposal |
|---|---|---|
| Defendants' Combined Response & Cross Motion for Summary Judgment | January 12 | January 28 |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | February 11 | February 28 |
| Defendants' Reply to Cross-Motion for Summary Judgment | March 4 | March 21 |

Defendants are requesting this extension because unanticipated childcare responsibilities resulting from school closures related to COVID-19 and winter weather have combined with unanticipated other work responsibilities to interfere with Defendants' counsel's ability to complete Defendants' Combined Response & Cross Motion for Summary Judgment in the time required by the current schedule. The parties have conferred and Plaintiffs consent to the schedule set forth above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CHAD E. MEACHAM<br>Acting United States Attorney | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| */s/ Brian W. Stoltz*<br>BRIAN W. STOLTZ<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br> */s/ Christopher M. Lynch*<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar # 1049152)<br>JORDAN L. VON BOKERN<br>(D.C. Bar # 1032962)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Fax: (202) 616-8470<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Certificate of Service**

On January 7, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch
