IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN KELLEY, *et al.*,

　　Plaintiffs,

v.

ALEX M. AZAR II, *et al.*,

　　Defendants.

Civil Action No. 4:20-cv-00283-O

## ORDER

Upon consideration of the Consent Motion to Amend Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that briefing on the parties' motions for summary judgment shall be due as follows:

| | |
|---|---|
| Defendants' Combined Response & Cross Motion for Summary Judgment | January 28 |
| Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment | February 28 |
| Defendants' Reply to Cross-Motion for Summary Judgment | March 21 |

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　REED O'CONNOR
　　　　　　　　　　　　　　　　　　United States District Judge