UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Consent Motion to Amend Briefing Schedule (ECF No. 51), filed January 7, 2022. Noting the agreement of the parties and finding good cause to amend, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** the following:

1) Defendants' Combined Response & Cross Motion for Summary Judgment is due January 28, 2022.

2) Plaintiffs' Combined Reply & Response to Cross-Motion for Summary Judgment is due February 28.

3) Defendants' Reply to Cross-Motion for Summary Judgment is due March 21.

**SO ORDERED** on this **7th day** of **January, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE