IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR DEFENDANTS' BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants' reply in support of their motion to dismiss the First Amended Complaint is due January 28, 2022. *See* ECF No. 52.

1. Plaintiffs' Motion for Summary Judgment addresses four separate claims, each based on different legal theories, which apply differently to the work of three different entities, by eight different plaintiffs who are differently-situated from one another, as well as a jurisdictional argument.

2. To address these numerous arguments involving multiple claims and in addition raise affirmative arguments in their cross-motion, Defendants respectfully request relief from the 50-page limit set forth in Local Rule 56.5(b), and request an additional 10 pages for their reply in support of their motion to dismiss.

3. The undersigned has conferred with counsel for Plaintiffs and they consent to the requested relief.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar # 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-4537
Fax: (202) 616-8460
Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United

**Certificate of Service**

On January 27, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Christopher M. Lynch
Christopher M. Lynch
Trial Attorney