# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>          Defendants. | Case No. 4:20-cv-00283-O<br><br>Judge Reed O'Connor |

**UNOPPOSED MOTION OF THE STATES OF ILLINOIS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, HAWAII, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, AND WASHINGTON FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF THE DEFENDANTS' MOTION FOR SUMMARY <u>JUDGMENT PURSUANT TO LOCAL RULE 7.2(b)</u>**

Movants ("Amici States"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7 and this Court's Local Rule 7.2(b), move for leave to file the attached brief *amici curiae* in support of the Defendants' Motion for Summary Judgment. Counsel for all parties have consented to this Motion and to the filing today of the attached brief *amici curiae*. This brief is being timely filed on the same day as the Defendants' motion.

## INTRODUCTION

Amici States, represented for the purpose of this motion by Illinois, through its Attorney General, are 21 States representing more than 160 million people. These States operate public health departments and have a vital interest in protecting the health and welfare of their citizens. This interest is substantially advanced by the challenged provisions of the Affordable Care Act,

1

and would be jeopardized if the court were to deny the Defendants' Motion for Summary Judgment.

## ARGUMENT

District courts have broad discretion to accept *amicus* filings. *See, e.g.*, *Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007); *see also Texas v. United States*, 2018 U.S. Dist. LEXIS 237337 (N.D. Tex. June 15, 2018) (O'Connor, J.) (granting leave to file four *amicus* briefs). *Amicus* filings should be allowed when "the proffered information is timely and useful or otherwise necessary to the administration of justice." *Gudur,* 512 F. Supp. 2d at 927 (quoting *Waste Management Of Pa. v. City of New York*, 162 F.R.D. 34, 36-37 (M.D. Pa. 1995)).

Although there are no statutes or rules governing the acceptance of amicus briefs in federal district courts, courts have generally looked to the Federal Rules of Appellate Procedure for guidance. There, an *amicus curiae* must file its brief no more than seven days later than the filing of the principal brief it is supporting. Here, the proposed brief *amici curiae* is timely, as it has been presented to the court on the same day the Defendants filed their Motion for Summary Judgment.

Further, the brief is useful, as it brings to the attention of the court the impact that the Affordable Care Act's preventive services provisions have had on States and their citizens. Amici States' brief, submitted with this Motion, supports the position of the Defendants. However, Amici States provide additional information and context to supplement the Defendants' Motion for Summary Judgment that they believe will be relevant and helpful to the court in making its decision. The brief discusses the positive impact of the challenged provisions on the States, and the public health and regulatory challenges that States would face if the court were to rule against the Defendants. The brief also discusses the merits of the legal claims advanced by the Plaintiffs.

As such, the attached brief *amici curiae* is useful, as it will inform the Court's effort to resolve the question before it.

## CONCLUSION

Given the nationwide significance of this case, and its profound implications for the public health systems in States, movants respectfully request leave to file the accompanying brief *amici curiae* in support of the Defendants' Motion for Summary Judgment. A proposed order is attached to this motion and also will be emailed to chambers in word-processing format.

Date: January 28, 2022

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Elizabeth H. Jordan*
Christopher G. Wells
Alex Hemmer
Elizabeth Jordan (Illinois Bar #6320871 (*pro hac vice* motion pending))
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000
elizabeth.jordan@ilag.gov

(*Counsel list continues on next page*)

ROB BONTA
Attorney General of California
1300 I Street
Sacramento, CA 95814

WILLIAM TONG
Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106

KARL A. RACINE
Attorney General for the District of Columbia
One Judiciary Square
441 4th Street, NW, Suite 630 South
Washington, D.C. 20001

AARON FREY
Attorney General of Maine
6 State House Station
Augusta, ME 04333

MAURA HEALEY
Attorney General of Massachusetts
One Ashburton Place
Boston, MA 02108

AARON D. FORD
Attorney General of Nevada
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

HECTOR BALDERAS
Attorney General of New Mexico
408 Galisteo Street
Santa Fe, MN 87501

JOSHUA H. STEIN
Attorney General of North Carolina
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

PHILIP WEISER
Attorney General of Colorado
1300 Broadway, 10th Floor
Denver, CO 80203

KATHLEEN JENNINGS
Attorney General of Delaware
Carvel State Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

HOLLY T. SHIKADA
Attorney General of Hawai'i
425 Queen Street
Honolulu, HI 96813

BRIAN E. FROSH
Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202

DANA NESSEL
Attorney General of Michigan
P.O. Box 30212
Lansing, MI 48909

ANDREW J. BRUCK
Acting Attorney General of New Jersey
25 Market Street, Box 080
Trenton, NJ 08625

LETITIA A. JAMES
Attorney General of New York
28 Liberty Street
New York, NY 10005

ELLEN F. ROSENBLUM
Attorney General of Oregon
1162 Court Street NE
Salem, OR 97301

JOSH SHAPIRO
Attorney General of Pennsylvania
Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

THOMAS J. DONOVAN, Jr.
Attorney General of Vermont
109 State Street
Montpelier, VT 05609

PETER F. NERONHA
Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

ROBERT W. FERGUSON
Attorney General of Washington
P.O. Box 40100
Olympia, WA 98504

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), I hereby certify that counsel for Amici States conferred with counsel for the Plaintiffs and counsel for the Defendants regarding filing this motion. Counsel for all parties indicated that they did not object.

> */s/ Elizabeth Jordan*
> ELIZABETH JORDAN
> Illinois Bar #6320871 (*pro hac vice*
> motion pending)

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1(d), I hereby certify that on January 28, 2022, I filed the foregoing document using the Court's CM/ECF system. Service on all counsel of record for all parties was accomplished electronically using the CM/ECF system of the Court.

> */s/ Elizabeth Jordan*
> ELIZABETH JORDAN
> Illinois Bar #6320871 (*pro hac vice*
> motion pending)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| JOHN KELLEY, et al., | |
| Plaintiffs, | |
| v. | Case No. 4:20-cv-00283-O |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., | Judge Reed O'Connor |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is the Amici States' Motion for Leave to File Brief Amicus Curiae (ECF No. _____), filed January 28, 2022. Having considered the motion, and noting that it is unopposed by the Parties, the Court finds that it should be and is hereby **GRANTED**. The Clerk is DIRECTED to file the Amici States' brief, now attached to their motion as ECF No. ___-__, as a separate docket entry.

**SO ORDERED** on this _____ day of _____, **2022**.

 

_____
Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE