# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JOHN KELLEY et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| **XAVIER BECERRA et al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Page Limit (ECF No. 53), filed January 27, 2022. The Court **GRANTS** the motion and **ORDERS** that Defendants' Brief in Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be no longer than 60 pages.

**SO ORDERED** on this **28th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE