UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOHN KELLEY et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| **XAVIER BECERRA et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Amici States' Motion to Appear Without Local Counsel (ECF No. 55), filed January 28, 2022. The Court **GRANTS** the motion and **ORDERS** that counsel for the parties is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). It is further **ORDERED** that if proceeding without local counsel disrupts this litigation or otherwise results in a failure to comply with the rules of this Court, the parties will be required to obtain local counsel immediately.

**SO ORDERED** on this **28th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE