UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Amici States' Unopposed Motion for Leave to File Brief Amici Curiae in Support of the Defendants' Motion for Summary Judgment (ECF No. 56), filed January 28, 2022. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file the document attached to the motion (ECF No. 56-1) as the amici brief.

**SO ORDERED** on this **28th day** of **January, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE