IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 44) and Defendants' Cross-Motion for Summary Judgment (ECF No. __) and the parties' briefs in support, opposition and reply, it is hereby:

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**, and it is further

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**, and it is further

ORDERED that the Clerk shall enter judgment for Defendants and close this case.

**SO ORDERED**.

                                              REED O'CONNOR
                                              United States District Judge