IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-00283-O <br><br> Judge Reed O'Connor |

### [PROPOSED] ORDER

Before this Court is the Unopposed Motion of 20 health policy experts, the American Public Health Association, and the Association of American Medical Colleges for Leave to File Brief *Amici Curiae* in support of Defendants' Motion for Summary Judgment filed on February 4, 2022. (ECF No. \_\_\_\_). Having considered the motion, and noting that it is unopposed by the Parties, this Court find that it should be and is now hereby **GRANTED**. The Clerk is **DIRECTED** to file the Amici Curiae brief, now attached to their motion as ECF No. \_\_\_\_-\_\_, as a separate docket entry.

**SO ORDERED** on this _____ day of _____, 2022

_____
Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE