# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY, *et al.*, | ) |
| Plaintiffs, | ) ) ) ) Case No. 4:20-cv-00283-O |
| v. | ) ) |
| XAVIER BECERRA, *et al.*, | ) ) ) Judge Reed O'Connor |
| Defendants. | ) ) ) ) |

**APPENDIX TO *AMICI CURIAE* BRIEF OF 20 HEALTH POLICY EXPERTS, THE AMERICAN PUBLIC HEALTH ASSOCIATION, AND THE ASSOCIATION OF AMERICAN MEDICAL COLLEGES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

<u>List of Amici Curiae Health Policy Experts</u>

**Deans and Associate Deans**

1. Sherry Glied, PhD
   Dean and Professor of Public Service, Robert F. Wagner Graduate School of Public Service, New York University

2. Lynn R. Goldman, MD, MPH, MS
   Michael and Lori Milken Dean of Public Health, Professor, Environmental and Occupational Health, Milken Institute School of Public Health, The George Washington University

3. Adnan A. Hyder, MD, MPH, PhD
   Senior Associate Dean for Research, Professor, Department of Global Health, Director, Center on Commercial Determinants of Health, Milken Institute School of Public Health, The George Washington University

4. Boris D. Lushniak, MD, MPH
   Dean, University of Maryland School of Public Health

5. John T. Monahan, JD
   Interim Dean, School of Nursing and Health Studies, Professor, Department of Medicine, Senior Fellow at McCourt School of Public Policy, Georgetown University

6. Jane Hyatt Thorpe, JD
   Sr. Associate Dean for Academic, Student and Faculty Affairs, Professor of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

**Academic Chairs**

1. Anne Markus, PhD, MHS, JD
   Professor and Chair, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

**Scholars**

1. Maureen Byrnes, MPA
   Teaching Instructor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

2. David M. Frankford, JD
   Professor of Law, Rutgers Law School

3. Katie B. Horton, JD, MPH, RN
   Research Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

4. Nicole Huberfeld, JD
   Edward R. Utley Professor of Health Law, Boston University School of Public Health, Professor of Law, Boston University School of law

5. Renée M. Landers, JD
   Professor of Law and Faculty Director, Health and Biomedical Law Concentration and Master of Science in Law, Life Sciences Program, Suffolk University Law School

6. Jeffrey Levi, PhD
   Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

7. Wendy Mariner, JD, LLM, MPH
   Professor Emerita, Health Law, Bioethics and Human Rights, Boston University School of Public Health

8. Wendy E. Parmet, JD
   Matthews University Distinguished Professor of Law and Professor of Public Policy and Urban Affairs, Northeastern University

9. Sara Rosenbaum, JD
   Harold and Jane Hirsh Professor, Health Law and Policy, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

10. William M. Sage, MD, JD
    James R. Dougherty Chair for Faculty Excellence, School of Law, Professor of Surgery and Perioperative Care, Dell Medical School, The University of Texas at Austin

11. Naomi Seiler, JD
    Associate Research Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

12. Timothy Stoltzfus Jost, JD
    Emeritus Professor, Washington and Lee University School of Law

13. Katherine Swartz, PhD
    Professor of Health Economics and Policy, Harvard School of Public Health