UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion of 20 Health Policy Experts, the American Public Health Association, and the Association of American Medical Colleges for Leave to File Brief Amici Curiae in Support of Defendants' Motion for Summary Judgment (ECF No. 66), filed February 4, 2022. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file Exhibit 2 (ECF No. 66-2) as the amici brief and Exhibit 3 (ECF No. 66-3) as the appendix to the amici brief.

**SO ORDERED** on this **7th day** of **February, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE