# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

|  |  |
|---|---|
| **John Kelley**, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>**Alex M. Azar II**, et al.,<br><br>                Defendants. | Case No. 4:20-cv-00283-O |

## [PROPOSED] ORDER

The plaintiffs' unopposed motion to extend the time for filing the reply briefs in support of the cross-motions for summary judgment is GRANTED. The plaintiffs shall file their combined reply brief in support of their motion for summary judgment (ECF No. 44), and their response to the defendants' cross-motion for summary judgment (ECF No. 62) no later than Monday, March 14, 2022. The defendants shall file the reply brief in support of their cross-motion for summary judgment no later than April 4, 2022.

Dated: _____, 2022

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE