UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response (ECF No. 70), filed February 25, 2022. The Court **GRANTS** the motion and **ORDERS** that Plaintiffs shall file their combined reply brief in support of their motion for summary judgment (ECF No. 44), and their response to the defendants' cross-motion for summary judgment (ECF No. 62) no later than **Monday, March 14, 2022**. Defendants shall file their reply brief in support of their cross-motion for summary judgment no later than **April 4, 2022**.

**SO ORDERED** on this **26th day** of **February, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE