UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>               Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>               Defendants. | Case No. 4:20-cv-00283-O |

## MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The plaintiffs respectfully move for a two-week extension of time to file their combined reply brief in support of their motion for summary judgment (ECF No. 44), and their response to the defendants' cross-motion for summary judgment (ECF No. 62). The brief is currently due on Monday, March 14, 2022. The proposed extension, if granted, would move the deadline to Monday, March 28, 2022. It would also extend the defendants' deadline for filing the reply brief in support of their cross-motion for summary judgment from April 4, 2022, to April 18, 2022.

The Pennsylvania redistricting litigation in *Toth v. Chapman*, No. 1:22-cv-00208-JPW (M.D. Pa.), which culminated in emergency proceedings at the Supreme Court of the United States, has continued to consume Mr. Mitchell's time over the past two weeks and Mr. Mitchell has faced additional accelerated-briefing deadlines in the three-judge district court that could not be moved. On March 4, 2022, Mr. Mitchell had to write and file a brief opposing the defendants' motion to dismiss for lack of jurisdiction within a three-day window, and on March 10, 2022, Mr. Mitchell had to file a reply brief in support of a motion for preliminary injunction with only 48 hours

to respond. Mr. Mitchell also had a motion for summary judgment due on Friday, March 11, 2022, in *Miller v. Vilsack*, No. 4:21-cv-00595-O (N.D. Tex.).

Plaintiffs' counsel has made considerable progress on the reply brief and it is close to filing but respectfully requests an additional two weeks to nail down the many complex and nuanced issues surrounding Article III standing and Appointments Clause. We have e-mailed counsel for the defendants to ask their position on this motion but have not yet heard back. We will inform the Court when we learn their position on the motion.

## CONCLUSION

The plaintiffs' motion to extend the time for filing the reply briefs in support of the cross-motions for summary judgment should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Gene P. Hamilton | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: March 13, 2022                                   *Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed Christopher M. Lynch, counsel for the defendants on March 13, 2022, to request his position on the motion but have not yet heard back.

    /s/ Jonathan F. Mitchell  
JONATHAN F. MITCHELL  
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2022, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*