UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00283-O |

## [PROPOSED] ORDER

  The plaintiffs' motion to extend the time for filing the reply briefs in support of the cross-motions for summary judgment is GRANTED. The plaintiffs shall file their combined reply brief in support of their motion for summary judgment (ECF No. 44), and their response to the defendants' cross-motion for summary judgment (ECF No. 62) no later than Monday, March 28, 2022. The defendants shall file the reply brief in support of their cross-motion for summary judgment no later than April 18, 2022.

Dated: _____, 2022

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE