UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| XAVIER BECERRA et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time for Plaintiffs to File Reply Brief in Support of Motion for Summary Judgment (ECF No. 72), filed March 13, 2022. The Court **GRANTS** the motion and **ORDERS** that Plaintiffs shall file their combined reply brief in support of their motion for summary judgment (ECF No. 44), and their response to the defendants' cross-motion for summary judgment (ECF No. 62) no later than **Monday, March 28, 2022**. Defendants shall file their reply brief in support of their cross-motion for summary judgment no later than **April 18, 2022**.

**SO ORDERED** on this **14th day** of **March, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**