KeyCite Yellow Flag - Negative Treatment
Unconstitutional or Preempted Negative Treatment Reconsidered by Florida ex rel. Atty. Gen. v. U.S. Dept. of Health and Human Services, 11th Cir.(Fla.), Aug. 12, 2011
KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

United States Code Annotated
  Title 42. The Public Health and Welfare
    Chapter 6A. Public Health Service (Refs & Annos)
      Subchapter VII. Agency for Healthcare Research and Quality (Refs & Annos)
        Part B. Health Care Improvement Research (Refs & Annos)

42 U.S.C.A. § 299b-4

§ 299b-4. Research supporting primary care and access in underserved areas

Effective: March 23, 2010

Currentness

**(a) Preventive Services Task Force**

**(1) Establishment and purpose**

The Director shall convene an independent Preventive Services Task Force (referred to in this subsection as the "Task Force") to be composed of individuals with appropriate expertise. Such Task Force shall review the scientific evidence related to the effectiveness, appropriateness, and cost-effectiveness of clinical preventive services for the purpose of developing recommendations for the health care community, and updating previous clinical preventive recommendations, to be published in the Guide to Clinical Preventive Services (referred to in this section as the "Guide"), for individuals and organizations delivering clinical services, including primary care professionals, health care systems, professional societies, employers, community

organizations, non-profit organizations, Congress and other policy-makers, governmental public health agencies, health care quality organizations, and organizations developing national health objectives. Such recommendations shall consider clinical preventive best practice recommendations from the Agency for Healthcare Research and Quality, the National Institutes of Health, the Centers for Disease Control and Prevention, the Institute of Medicine, specialty medical associations, patient groups, and scientific societies.

**(2) Duties**

The duties of the Task Force shall include--

**(A)** the development of additional topic areas for new recommendations and interventions related to those topic areas, including those related to specific sub-populations and age groups;

**(B)** at least once during every 5-year period, review[1] interventions and update[2] recommendations related to existing topic areas, including new or improved techniques to assess the health effects of interventions;

**(C)** improved integration with Federal Government health objectives and related target setting for health improvement;

**(D)** the enhanced dissemination of recommendations;

**(E)** the provision of technical assistance to those health care professionals, agencies and organizations that request help in implementing the Guide[3] recommendations; and

**(F)** the submission of yearly reports to Congress and related agencies identifying gaps in research, such as preventive services that receive an insufficient evidence statement, and recommending priority areas that deserve further examination, including areas related to populations and age groups not adequately addressed by current recommendations.

### (3) Role of Agency

The Agency shall provide ongoing administrative, research, and technical support for the operations of the Task Force, including coordinating and supporting the dissemination of the recommendations of the Task Force, ensuring adequate staff resources, and assistance to those organizations requesting it for implementation of the Guide's recommendations.

### (4) Coordination with Community Preventive Services Task Force

The Task Force shall take appropriate steps to coordinate its work with the Community Preventive Services Task Force and the Advisory Committee on Immunization Practices, including the examination of how each task force's recommendations interact at the nexus of clinic and community.

### (5) Operation

Operation.[4] In carrying out the duties under paragraph (2), the Task Force is not subject to the provisions of Appendix 2 of Title 5.

### (6) Independence

All members of the Task Force convened under this subsection, and any recommendations made by such members, shall be independent and, to the extent practicable, not subject to political pressure.

**(7) Authorization of appropriations**

There are authorized to be appropriated such sums as may be necessary for each fiscal year to carry out the activities of the Task Force.

**(b) Primary care research**

**(1) In general**

There is established within the Agency a Center for Primary Care Research (referred to in this subsection as the "Center") that shall serve as the principal source of funding for primary care practice research in the Department of Health and Human Services. For purposes of this paragraph, primary care research focuses on the first contact when illness or health concerns arise, the diagnosis, treatment or referral to specialty care, preventive care, and the relationship between the clinician and the patient in the context of the family and community.

**(2) Research**

In carrying out this section, the Center shall conduct and support research concerning--

**(A)** the nature and characteristics of primary care practice;

**(B)** the management of commonly occurring clinical problems;

**(C)** the management of undifferentiated clinical problems; and

**(D)** the continuity and coordination of health services.

## CREDIT(S)

(July 1, 1944, c. 373, Title IX, § 915, as added Pub.L. 106-129, § 2(a), Dec. 6, 1999, 113 Stat. 1659; amended Pub.L. 111-148, Title IV, § 4003(a), Mar. 23, 2010, 124 Stat. 541.)

## Footnotes

1
   So in original. Probably should be "review of".

2
   So in original. Probably should be "updating of".

3
   So in original. Probably should be "Guide's".

4
   So in original.

42 U.S.C.A. § 299b-4, 42 USCA § 299b-4

WESTLAW   © 2022 Thomson Reuters. No claim to original U.S. Government Works.                              5

**§ 299b-4. Research supporting primary care and access in..., 42 USCA § 299b-4**

Current through P.L. 117-102.

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.