IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

───────────────────────────────

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Defendants respectfully request the Scheduling Order (ECF No. 73) be amended to extend Defendants' deadline to file their Reply in Support of Cross-Motion for Summary Judgment from April 18, 2022 to May 6, 2022.

Defendants are requesting this extension because the undersigned trial counsel has increased childcare responsibilities the week of April 11 and will be travelling for a pre-scheduled vacation starting April 13 and returning April 19, and certain agency counsel assigned to this case will also be unavailable during the same period, returning April 25. The parties have conferred and Plaintiffs consent to the schedule set forth above.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar # 1049152)
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-4537
Fax: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Certificate of Service**

On March 30, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch