IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**ORDER**

Upon consideration of the Consent Motion to Amend Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendants' shall file their Reply in Support of Cross-Motion for Summary Judgment on or before May 6, 2022.

**SO ORDERED**.

REED O'CONNOR
United States District Judge