UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant's Consent Motion to Amend Briefing Schedule (ECF No. 75), filed March 30, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **ORDERS** that Defendants shall file their reply brief in support of their cross-motion for summary judgment no later than **May 6, 2022**.

**SO ORDERED** on this **31st day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE