IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

**CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

    Defendants respectfully request the Scheduling Order (ECF No. 76) be amended to extend Defendants' deadline to file their Reply in Support of Cross-Motion for Summary Judgment ("Reply") from May 6, 2022 to May 26, 2022.

    Defendants are requesting this extension (1) because unanticipated other work responsibilities have interfered with the undersigned's ability to complete the Reply in the time required by the current schedule; (2) because the undersigned's co-counsel has been on leave and unavailable to assist with the Reply; and (3) in order to facilitate the coordination of multiple agencies in light of the complexity of the matter. The parties have conferred and Plaintiffs consent to the schedule set forth above.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MICHELLE R. BENNETT
        Assistant Branch Director

        */s/ Christopher M. Lynch*
        CHRISTOPHER M. LYNCH
        (D.C. Bar # 1049152)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division
        1100 L Street, NW
        Washington, D.C. 20005
        Telephone: (202) 353-4537
        Fax: (202) 616-8470
        Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

### Certificate of Service

On May 3, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Christopher M. Lynch*
        Christopher M. Lynch