UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Consent Motion to Amend Briefing Schedule (ECF No. 77), filed May 3, 2022. Defendants request that the Court extend the deadline to file their reply in support of the cross-motion of summary judgment. The Court **GRANTS** the motion and **ORDERS** that Defendants' reply is due **May 26, 2022**.

**SO ORDERED** on this **4th day** of **May, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE