IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

JOHN KELLEY, *et al.*,

      Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

      Defendants.

Civil Action No. 4:20-cv-00283-O

## UNOPPOSED MOTION TO WITHDRAW

      Counsel for Defendants respectfully move the Court for an order under Local Civil Rule

83.12(a) permitting Jordan L. Von Bokern to withdraw as counsel, as his employment with the

United States Department of Justice will conclude on May 6, 2022.  Defendants will continue to be

represented by Christopher M. Lynch of the United States Department of Justice and Brian W.

Stoltz of the United States Attorney's Office for the Northern District of Texas.  Their contact

information is reflected on the docket.  Defendants met and conferred with Plaintiffs' counsel, as

required by Local Civil Rule 7.1.  Plaintiffs do not oppose the motion.  A proposed order is

attached.

Dated May 5, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jordan L. Von Bokern*
Jordan L. Von Bokern (DC Bar No. 1032962)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 305-7919
Email: Jordan.L.Von.Bokern2@usdoj.gov

CHAD E. MEACHAM
UNITED STATES ATTORNEY

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:      214-659-8626
Facsimile:      214-659-8807
brian.stoltz@usdoj.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Civil Rule 7.1(b), I hereby certify that I conferred with counsel for

Plaintiffs on May 5, 2022.  Plaintiffs do not oppose the relief requested in this motion.

<u>/s/ Jordan L. Von Bokern</u>
Jordan L. Von Bokern
Trial Attorney
United States Department of Justice

## **CERTIFICATE OF SERVICE**

On May 5, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jordan L. Von Bokern*
Jordan L. Von Bokern
Trial Attorney
United States Department of Justice