IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN KELLEY, *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

## **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Defendants in the above matter have moved without opposition for an order permitting Jordan L. Von Bokern to withdraw as counsel. Having considered the motion, it is hereby **GRANTED**.

Signed this _____ day of _____, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE