UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN KELLEY et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| XAVIER BECERRA et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw (ECF No. 79), filed May 5, 2022. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Jordan L. Von Bokern of the United States Department of Justice as counsel for Defendants.

**SO ORDERED** on this **6th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE