IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

JOHN KELLEY, *et al.*,

     Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

     Defendants.

Civil Action No. 4:20-cv-00283-O

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR DEFENDANTS'
REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants' reply in support of their Cross-Motion for Summary Judgment is due May 26, 2022. *See* ECF No. 78.

1. Defendants' Motion for Summary Judgment and Plaintiffs' Response address four separate claims, each based on different legal theories, which apply differently to the work of three different entities, by eight different plaintiffs who are differently-situated from one another, as well as jurisdictional arguments with different components relating to different groups of plaintiffs.

2. To address these numerous arguments involving multiple claims, Defendants respectfully request relief from the 25-page limit set forth in Local Rule 56.5(b), and request an additional 10 pages for their reply in support of their cross-motion for summary judgment.

3. The undersigned has conferred with counsel for Plaintiffs and they consent to the requested relief.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar # 1049152)
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-4537
Fax: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Certificate of Service**

On May 25, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch