UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Page Limit for Defendants' Reply (ECF No. 81), filed May 25, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **ORDERS** that Defendants' reply brief shall be no longer than 35 pages.

**SO ORDERED** on this **25th day** of **May, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE