UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN KELLEY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00283-O |
| | § | |
| XAVIER BECERRA et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion for Summary Judgment (ECF No. 44), filed November 15, 2021; and Defendants' Cross-Motion for Summary Judgment (ECF No. 62), filed January 28, 2022. The Court **ORDERS** a motions hearing to take place on **Tuesday, July 26, 2022**, at **9:00 AM** in the Second Floor Courtroom of the Federal Courthouse in Fort Worth, Texas.

**SO ORDERED** this **7th day** of **July, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE