UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>              Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>              Defendants. | Case No. 4:20-cv-00283-O |

## UNOPPOSED MOTION TO AMEND CAPTION

The plaintiffs respectfully move to amend the caption so that Braidwood Management Incorporated is the first-listed plaintiff, and that the case be referred to as "Braidwood Management Inc., et al. v. Xavier Becerra, et al." going forward. This motion is unopposed. The plaintiffs are making this request because the media coverage of this case has triggered a wave of threats and cyberbullying directed at the current first-listed plaintiff and his family and business, which would be alleviated if Braidwood were designated as the first-listed plaintiff going forward. Braidwood is also first among the plaintiffs when listed in alphabetical order.

## CONCLUSION

The unopposed motion to amend the caption should be granted.

                                                                Respectfully submitted.

|   |   |
|---|---|
|   | /s/ Jonathan F. Mitchell |
| GENE P. HAMILTON | JONATHAN F. MITCHELL |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: August 10, 2022                                *Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed Christopher M. Lynch, counsel for the defendants on August 10, 2022, and he informed me that the defendants are unopposed to this motion.

                                                                          /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on August 10, 2022, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                    /s/ Jonathan F. Mitchell
                                                    Jonathan F. Mitchell
                                                    *Counsel for Plaintiffs*