UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00283-O |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND CAPTION

  The plaintiffs' unopposed motion to amend the caption is GRANTED. Braidwood Management Incorporated shall replace John Kelley as the first-listed plaintiff, and the clerk's office is directed to refer to this case going forward as "Braidwood Management Inc., et al. v. Xavier Becerra, et al."

Dated: _____

                _____
                REED O'CONNOR
                UNITED STATES DISTRICT JUDGE