UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BRAIDWOOD MANAGEMENT INC. et al.,** § § § | |
| Plaintiffs, § | |
| § | Civil Action No. 4:20-cv-00283-O |
| v. § § | |
| **XAVIER BECERRA et al.,** § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Caption (ECF No. 89), filed August 10, 2022. Noting the motion is unopposed, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the case caption as reflected in this order.

**SO ORDERED** on this **11th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE