UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **John Kelley**, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>    Defendants. | Case No. 4:20-cv-00283-O |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Earlier today, the Fifth Circuit denied panel rehearing in *DeOtte v. Nevada*, No. No. 19-10754. It also denied rehearing en banc in a 9-8 vote. The Court's order is attached.

The Fifth Circuit's mandate will issue on August 31, 2022. When the mandate issues, it will remove any res judicata effect of the *DeOtte* litigation and allow the plaintiffs to renew their challenges to the Contraceptive Mandate under the Appointments Clause, the nondelegation doctrine, and RFRA. The Court had previously dismissed those claims on res judicata grounds in its order of February 25, 2021 (ECF No. 35). The plaintiffs respectfully ask the Court to allow them to seek summary judgment on these claims and permit the parties to submit supplemental briefing on this matter.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| Gene P. Hamilton | Jonathan F. Mitchell |
| Virginia Bar No. 80434 | Texas Bar No. 24075463 |
| Vice-President and General Counsel | Mitchell Law PLLC |
| America First Legal Foundation | 111 Congress Avenue, Suite 400 |
| 300 Independence Avenue SE | Austin, Texas 78701 |
| Washington, DC 20003 | (512) 686-3940 (phone) |
| (202) 964-3721 | (512) 686-3941 (fax) |
| gene.hamilton@aflegal.org | jonathan@mitchell.law |
| | |
| H. Dustin Fillmore III | |
| Texas Bar No. 06996010 | |
| Charles W. Fillmore | |
| Texas Bar No. 00785861 | |
| The Fillmore Law Firm, LLP | |
| 1200 Summit Avenue, Suite 860 | |
| Fort Worth, Texas 76102 | |
| (817) 332-2351 (phone) | |
| (817) 870-1859 (fax) | |
| dusty@fillmorefirm.com | |
| chad@fillmorefirm.com | |
| | |
| Dated: August 23, 2022 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on August 23, 2022, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                 /s/ Jonathan F. Mitchell
                                                 Jonathan F. Mitchell
                                                 *Counsel for Plaintiffs*