# United States Court of Appeals
# for the Fifth Circuit

─────────────

No. 19-10754

─────────────

Richard W. DeOtte, *on behalf of* himself and others similarly situated; Yvette DeOtte; John Kelley; Alison Kelley; Hotze Health & Wellness Center; Braidwood Management, Incorporated, *on behalf of* itself and others similarly situated,

*Plaintiffs—Appellees*,

*versus*

State of Nevada,

*Movant—Appellant.*

─────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CV-825

─────────────

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Higginbotham, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

The petition for panel rehearing is DENIED.

No. 19-10754

Additionally, the court having been polled at the request of one of the members of the court and a majority of the judges who are in active service not having vote in favor, the petition for rehearing en banc is DENIED. *See* Fed. R. App. P. 35; 5th Cir. R. 35.

In the en banc poll, eight judges voted in favor of rehearing (Richman, Jones, Smith, Elrod, Haynes, Ho, Duncan, and Oldham), and nine voted against rehearing (Stewart, Dennis, Southwick, Graves, Higginson, Costa, Willett, Engelhardt, and Wilson).

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-10754    DeOtte v. State of NV
                              USDC No. 4:18-CV-825

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

Ms. Elizabeth N. Dewar
Mr. Charles William Fillmore
Mr. Hartson Dustin Fillmore III
Ms. Jessica Fuhrman
Ms. Crystal Johnson Geise
Ms. Susan Pearl Greenberg
Ms. Claudia Hammerman
Mr. Richard Brian Katskee
Ms. Jamie A. Levitt
Ms. Melina Maria Meneguin Layerenza
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Mr. Craig A. Newby
Mr. Bruce H. Schneider
Ms. Priscilla Joyce Smith
Mrs. Heidi Parry Stern
Ms. Catherine Weiss