IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

BRAIDWOOD MANAGEMENT, INC., *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Defendants respectfully request an extension of one week, to September 16, 2022, to file the joint status report that the court ordered the parties to file in its Memorandum Opinion & Order of September 7, 2022 (ECF No. 92).

Defendants are requesting this extension because the undersigned is scheduled to be in depositions or all-day meetings most days between the date of this filing and September 15, 2022, and preparing for and attending these engagements will occupy virtually all of the undersigned's time through September 15. The parties have conferred and Plaintiffs consent to the relief requested herein.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MICHELLE R. BENNETT
        Assistant Branch Director

        */s/ Christopher M. Lynch*
        CHRISTOPHER M. LYNCH
        (D.C. Bar # 1049152)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division
        1100 L Street, NW
        Washington, D.C. 20005
        Telephone: (202) 353-4537
        Fax: (202) 616-8470
        Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

## Certificate of Service

On September 8, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Christopher M. Lynch*
        Christopher M. Lynch