IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Joint Status Report, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the parties shall file the joint status report described in the Memorandum Opinion & Order of September 7, 2022 (ECF No. 92) on or before September 16, 2022.

**SO ORDERED**.

 

REED O'CONNOR
United States District Judge