# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **BRAIDWOOD MANAGEMENT INC. et al.,** § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:20-cv-00283-O |
| § | |
| **XAVIER BECERRA et al.,** § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Consent Motion For Extension Of Time To File Joint Status Report (ECF No. 93), filed September 8, 2022. Noting the agreement of the parties, the Court **GRANTS** the motion and **ORDERS** that the Joint Status Report is due September 16, 2022.

**SO ORDERED** this **8th day** of **September, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE