IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRAIDWOOD MANAGEMENT, INC., *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 4:20-cv-00283-O

## JOINT STATUS REPORT

The parties have conferred and respectfully submit this Joint Status Report in response to the Court's Memorandum Opinion & Order of September 7, 2022 (ECF No. 92).

The parties believe that there are three remaining issues to be addressed by the Court: (1) the standing of Plaintiffs other than Braidwood; (2) the claims relating to the contraceptive coverage requirement; and (3) the scope of remedy.

The parties propose that all three issues be briefed together on the following schedule:

1. Deadline for plaintiffs to file their supplemental motion for summary judgment: October 17, 2022.

2. Deadline for defendants to file combined response to plaintiffs' supplemental motion for summary judgment and defendants' supplemental cross-motion for summary judgment: 30 days after plaintiff files supplemental motion for summary judgment.

3. Deadline for plaintiffs to file combined response to defendants' supplemental motion for summary judgment and reply brief in support of plaintiffs' supplemental motion for summary judgment: 30 days after defendants file cross-motion for summary judgment.

4. Deadline for defendants to file reply brief in support of defendants' supplemental motion for summary judgment: 21 days after plaintiffs file combined response to

defendants' supplemental motion for summary judgment and reply brief in support of plaintiffs' supplemental motion for summary judgment.

|  | Respectfully submitted. |
|---|---|
| */s/ Jonathan F. Mitchell* <br> Jonathan F. Mitchell <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law <br><br> *Counsel for Plaintiffs* <br><br> Dated: September 16, 2022 | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> MICHELLE R. BENNETT <br> Assistant Branch Director <br><br> */s/ Christopher M. Lynch* <br> Christopher M. Lynch <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division <br> 1100 L Street, NW <br> Washington, DC 20005 <br> (202) 353-4537 (phone) <br> (202) 616-8460 (fax) <br> christopher.m.lynch@usdoj.gov <br><br> *Counsel for Defendants* |