UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., | § § § | |
| Plaintiffs, | § § § | Civil Action No. 4:20-cv-00283-O |
| v. | § § | |
| XAVIER BECERRA et al., | § § | |
| Defendants. | § | |

## SCHEDULING ORDER ON SUPPLEMENTAL BRIEFING

Before the Court is the parties' Joint Status Report (ECF No. 95), filed September 16, 2022, which responds to the Court's Memorandum Opinion & Order (ECF No. 92), issued September 7, 2022, requesting a proposed supplemental briefing schedule. The parties indicate that three issues remain to be decided by the Court: (1) the standing of Plaintiffs other than Braidwood; (2) the claims relating to the contraceptive coverage requirement; and (3) the scope of remedy (ECF No. 95, at 1). Noting the agreement of the parties, the Court **ORDERS** the following briefing schedule with respect to these remaining issues:

1) Deadline for plaintiffs to file their supplemental motion for summary judgment: **October 24, 2022.**

2) Deadline for defendants to file combined response to plaintiffs' supplemental motion for summary judgment and defendants' supplemental cross-motion for summary judgment**: 30 days after plaintiff files supplemental motion for summary judgment.**

3) Deadline for plaintiffs to file combined response to defendants' supplemental motion for summary judgment and reply brief in support of plaintiffs' supplemental motion for summary judgment: **30 days after defendants file cross-motion for summary judgment.**

4) Deadline for defendants to file reply brief in support of defendants' supplemental motion for summary judgment: **21 days after plaintiffs file combined response to defendants' supplemental motion for summary judgment and reply brief in support of plaintiffs' supplemental motion for summary judgment.**

**SO ORDERED** on this **28th day** of **September, 2022**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**