IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

**SUPPLEMENTAL APPENDIX TO RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL CROSS-MOTION <u>FOR SUMMARY JUDGMENT</u>**

CHAD E. MEACHAM
United States Attorney

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:     214-659-8626
Facsimile:      214-659-8807
brian.stoltz@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

CHRISTOPHER M. LYNCH
(D.C. Bar # 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-4537
Fax: (202) 616-8460
Email: Christopher.M.Lynch@usdoj.gov

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

# Contents

1. Excerpt of Email Chain Between J. Mitchell and C. Lynch .......................... Supp. App. 001

Date:  November 23, 2022                                  Respectfully submitted,

| | |
|---|---|
| CHAD E. MEACHAM<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Brian W. Stoltz*<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:     214-659-8626<br>Facsimile:      214-659-8807<br>brian.stoltz@usdoj.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br> */s/ Christopher M. Lynch*<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar # 1049152)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Fax: (202) 616-8470<br>Email: Christopher.M.Lynch@usdoj.gov |

Attorneys for Defendants Xavier Becerra,
Janet L. Yellen, Martin J. Walsh, and the United States

**Lynch, Christopher M. (CIV)**

| | |
|---|---|
| **From:** | Jonathan Mitchell <jonathan@mitchell.law> |
| **Sent:** | Monday, November 14, 2022 5:32 AM |
| **To:** | Lynch, Christopher M. (CIV) |
| **Subject:** | Re: [EXTERNAL] Activity in Case 4:20-cv-00283-O  Braidwood Management Inc. et al. v. Xavier Becerra et al. Memorandum Opinion and Order |

Chris:

I'm sorry for my delay on this. I should have this for you by COB today.

—Jonathan

> On Oct 25, 2022, at 10:03 AM, Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov> wrote:
>
> Hi Jonathan,
>
> I hope all is well—congratulations on finishing one more brief of the many in this case!
>
> Within two weeks from today, could you please supplement pursuant to FRCivP 26(e) the Maxwells' interrogatory response No. 4 for the period since their initial responses?  As of June 2021, when their responses are dated, the Maxwells "intend[ed] to purchase health insurance but h[ad] not done so yet."  Maxwell Rog. Answers at 4.  Thanks in advance.
>
> Best,
> Chris
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Friday, September 16, 2022 9:37 PM
> **To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Activity in Case 4:20-cv-00283-O Braidwood Management Inc. et al. v. Xavier Becerra et al. Memorandum Opinion and Order
>
> That schedule looks good to me. It wouldn't shock me if Judge O'Connor makes us move things along faster, but I'm to propose it the way you have it.
>
> Could you please go ahead and file it? Sorry I couldn't be more helpful today. Just too many deadlines hitting all at once.

SUPP APP 001

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christopher M. Lynch*
Christopher M. Lynch