IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

## CONSENT MOTION TO AMEND BRIEFING SCHEDULE

Defendants respectfully request that the Court amend the scheduling order (ECF No. 97) to extend all remaining deadlines for two weeks, as follows:

| Event | Current Schedule | Defendants' Proposal |
|---|---|---|
| Plaintiffs' Combined Supplemental Reply & Response to Supplemental Cross-Motion for Summary Judgment | December 23, 2022 | January 6, 2023 |
| Defendants' Reply in support of Supplemental Cross-Motion for Summary Judgment | January 13, 2023 | January 27 2023 |

Defendants request this change to the schedule because the undersigned counsel's child is scheduled to be born the week of December 19 and the undersigned intends to take related leave during the period when Defendants' brief must be prepared under the current schedule.

Plaintiffs have consented to the relief requested herein.

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted.<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>*/s/ Christopher M. Lynch*<br>Christopher M. Lynch<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>(202) 353-4537 (phone)<br>(202) 616-8460 (fax)<br>christopher.m.lynch@usdoj.gov<br><br>*Counsel for Defendants* |

## Certificate of Service

On November 29, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).