IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

## ORDER

Upon consideration of the Consent Motion to Amend Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Plaintiffs shall file their Combined Supplemental Reply & Response to Supplemental Cross-Motion for Summary Judgment on or before January 6, 2023.

**ORDERED** that Defendants shall file their Reply in support of Supplemental Cross-Motion for Summary Judgment on or before January 27, 2023.

**SO ORDERED**.

                                                                                                    _____
                                                                                                    REED O'CONNOR
                                                                                                    United States District Judge