UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA et al., <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

## SECOND ORDER ON SUPPLEMENTAL BRIEFING

Before the Court is Defendants' Consent Motion to Amend Briefing Schedule (ECF No. 101), filed November 29, 2022. Having reviewed the motion and finding good cause to amend, and noting the agreement of the parties, the Court **ORDERS** the following amended briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiff's Combined Supplemental Reply & Response to Supplemental Cross-Motion for Summary Judgment | January 6, 2023 |
| Defendants' Reply in Support of Supplemental Cross-Motion for Summary Judgment | January 27, 2023 |

**SO ORDERED** this 30th day of November, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE