IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC. et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA et al.<br><br>  Defendants. | Civil Action No. 4:20-cv-00283-O |

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' RESPONSE**

Movants, through undersigned counsel, and pursuant to Fed. R. Civ. P. 7 and Rule 7.2(b) of the local rules of this Court, move for leave to file the attached brief *amici curiae* in support of Defendants' Response.

Counsel for all parties have consented to this Motion and to the filing today of the attached brief *amici curiae*. This brief is being filed timely within seven days of Defendants' Response, the same amount of time allowed for an *amici curiae* brief under the Federal Rules of Appellate Procedure, Fed. R. App. P. 29(a)(6).

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF DEFENDANTS' RESPONSE** **Page 1**
314174219.2

Movants The American Cancer Society (ACS), American Cancer Society Cancer Action Network (ACS CAN), American Kidney Fund, American Lung Association, Arthritis Foundation, CancerCare, Cancer Support Community, Cystic Fibrosis Foundation, Epilepsy Foundation, Hemophilia Federation of America, Leukemia and Lymphoma Society, National Minority Quality Forum, National Multiple Sclerosis Society, National Patient Advocate Foundation, The AIDS Institute, and WomenHeart are the largest and most prominent nonpartisan, nonprofit organizations representing the interests of patients, survivors, and families affected by the widespread chronic conditions of cancer, diabetes, heart disease, stroke, lung disease, and Multiple Sclerosis (MS), respectively. These conditions result in a significant portion of the nation's health care spending. Movants are exempt from federal income taxation under 26 U.S.C. §§ 501(c)(3), 501(c)(4).

## I. THE *AMICI CURIAE* BRIEF PROVIDES HELPFUL INFORMATION TO SUPPLEMENT DEFENDANTS' RESPONSE.

Movants' *amici curiae* brief, submitted with this Motion, supports the position of the Defendants. However, movants provide additional information and context to supplement Defendants' Response that they believe will be relevant and helpful to the court in making its decision. The brief discusses the essential role of preventive services in managing chronic diseases, including scientific data linking availability of preventive screenings with improvement in patient outcomes and decreased costs associated with patient care.

## II. THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF DEFENDANTS' RESPONSE** **Page 2**
314174219.2

District courts have broad discretion to accept *amicus* filings. *See Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007). *Amicus* filings should be allowed when "the proffered information is timely and useful or otherwise necessary to the administration of justice." *United States ex rel. Long v. GSD & M Idea City LLC*, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (quoting *Does 1–7 v. Round Rock Indep. Sch. Dist.*, 540 F.Supp.2d 735, 738 n.2 (W.D.Tex.2007)). For the reasons stated above, particularly in bringing to the attention of the Court important principles and context surrounding the enactment of the ACA and the implications of its repeal, this *amici* brief will inform the Court's effort to resolve the question before it.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amici curiae* in support of Defendants' Response.

Respectfully submitted,

/s/ Beth Bivans Petronio
BETH BIVANS PETRONIO
Texas Bar No. 00797664
ADAM S. COOPER
Texas Bar No. 24105622
GRETCHEN P. MAHONEY
Texas Bar No. 24131481
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500
Beth.Petronio@klgates.com
Adam.Cooper@klgates.com
Gretchen.Mahoney@klgates.com

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF DEFENDANTS' RESPONSE** **Page 3**
314174219.2

JOHN LONGSTRETH
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
(202) 778-9000
John.Longstreth@klgates.com

November 30, 2022                               *Counsel for All Amici Curiae*

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF DEFENDANTS' RESPONSE** **Page 4**
314174219.2

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b) I certify that counsel for *Amici* conferred with counsel for Plaintiffs' and Defendants regarding timing and filing this motion and attached *amici curiae* brief. Counsel for Plaintiffs and Defendants did not object.

*/s/ Beth Bivans Petronio*
BETH BIVANS PETRONIO

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1(d), I certify that all counsel of record who have appeared in this case received a copy of this document via the Court's CM/ECF system on November 30, 2022.

*/s/ Beth Bivans Petronio*
BETH BIVANS PETRONIO

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, AMERICAN LUNG ASSOCIATION, ARTHRITIS FOUNDATION, CANCERCARE, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF DEFENDANTS' RESPONSE** **Page 5**
314174219.2