# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC. et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA et al.,<br><br>　　Defendants. | Civil Action No. 4:20-cv-00283-O |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' RESPONSE

On this date, the Court considered American Cancer Society, et al.'s Unopposed Motion for Leave to File Brief *Amici Curiae* in Support of Defendants' Response. The Court, having considered the Motion and lack of opposition, concludes that cause exists to grant the Motion. It is, therefore:

**ORDERED** that the Motion is **GRANTED** in all respects.

The Clerk is **DIRECTED** to file American Cancer Society, et al.'s Brief *Amici Curiae* as a separate docket entry.

**SO ORDERED** on this ___ day of _____, 2022.

_____
The Honorable Reed O'Connor
UNITED STATES DISTRICT JUDGE

314174221.1