IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al., <br><br> *Defendants*. | Case No. 4:20-cv-00283-O |

**[PROPOSED] ORDER**

Having considered the unopposed motion of the American Medical Association, the American College of Obstetricians and Gynecologists, the Society for Maternal-Fetal Medicine, the American Academy of Pediatrics, the American Medical Women's Association, the American Academy of Family Physicians, the National Medical Association, and the Infectious Diseases Society of America for leave to file a brief as *amici curiae* in support of Defendants' motion for summary judgment, the Court hereby **GRANTS** the motion. The Court further **GRANTS** the movants leave to proceed without local counsel pursuant to Local Civil Rule 83.10(a).

DATED: _____        _____
                                                                        REED O'CONNOR
                                                                        UNITED STATES DISTRICT JUDGE