UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the Application for Admission Pro Hac Vice of John T. Lewis of the Democracy Forward Foundation on behalf of Amici Curiae American Medical Association, the American College of Obstetricians and Gynecologists, the Society for Maternal-Fetal Medicine, the American Academy of Pediatrics, the American Medical Women's Association, the American Academy of Family Physicians, the National Medical Association, and the Infectious Diseases Society of America (ECF No. 104), filed November 30, 2022. The Court **GRANTS** the application and directs the Clerk to add Mr. Lewis as counsel of record for Amici.

Also before the Court are the Motions for Leave to File Brief Amici Curiae (ECF Nos. 103, 105). Having considered the motions and applicable law, the Court **GRANTS** the motions and directs the Clerk to docket the proposed amicus brief attached to each motion.

**SO ORDERED** this **1st day** of **December, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE