IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>    *Defendants*. | Case No. 4:20-cv-00283-O |

**NOTICE OF FILING AMENDED APPLICATION FOR ADMISSION *PRO HAC VICE***

*Amici curiae* the American Medical Association et al. respectfully submit this notice to correct an error in Counsel John T. Lewis's application for admission *pro hac vice*, filed November 30, 2022 (ECF No. 104) and granted the following day (ECF No. 106). Specifically, counsel inadvertently omitted his admission in the Northern District of New York from that application. An amended application is attached to this notice.

Dated: December 5, 2022

Respectfully submitted,

*/s/ John T. Lewis*
John T. Lewis (D.C. Bar No. 1033826, TX Bar No. 24095074)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jlewis@democracyforward.org

*Counsel for Amici Curiae*

    * admitted *pro hac vice*