IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

## DEFENDANTS' NOTICE OF APPEAL

Please take notice that all Defendants in the above-named case appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Final Judgment, ECF No. 114, entered in this action on March 30, 2023, as well as all prior orders and decisions that merge into the judgment, including the Court's March 30, 2023 Second Memorandum Opinion and Order on Remedies in Relation to Plaintiffs' Motion for Summary Judgment, ECF No. 113, and the Court's September 7, 2022 Memorandum Opinion and Order, ECF No. 92.

| | |
|---|---|
| LEIGHA SIMONTON <br> United States Attorney <br><br> */s/ Brian W. Stoltz* <br> Brian W. Stoltz <br> Assistant United States Attorney <br> Texas Bar No. 24060668 <br> 1100 Commerce Street, Third Floor <br> Dallas, Texas 75242-1699 <br> Telephone:    214-659-8626 <br> Facsimile:    214-659-8807 <br> brian.stoltz@usdoj.gov | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> MICHELLE R. BENNETT <br> Assistant Branch Director <br><br> */s/ Christopher M. Lynch* <br> CHRISTOPHER M. LYNCH <br> (D.C. Bar # 1049152) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division <br> 1100 L Street, NW <br> Washington, D.C. 20005 <br> Telephone: (202) 353-4537 |

**Defendants' Notice of Appeal – Page 1**

                                                Fax: (202) 616-8470
                                                Email: Christopher.M.Lynch@usdoj.gov

                        Attorneys for Defendants Xavier Becerra,
             Janet L. Yellen, Julie A. Su, and the United States

**Defendants' Notice of Appeal – Page 2**

## Certificate of Service

On March 31, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christopher M. Lynch*
Christopher M. Lynch