UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRAIDWOOD MANAGEMENT INC., et al.,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| **XAVIER BECERRA, et al.,** | § § § | |
| Defendants. | § | |

## NOTICE OF DOCUMENT REPLACEMENT

The Court docketed its Second Memorandum Opinion and Order on Remedies (ECF No. 113) on March 30, 2023. The Clerk of Court is directed to replace the original document to correct grammatical errors found on pages 14 and 17.

| Page 14 | Adding the omitted preposition "in" |
|---|---|
| Page 17 | Replacing "foregoing" with "forgoing" |

**SIGNED** this **4th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE