UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al., | |
| Plaintiffs, | |
| v. | Case No. 4:20-cv-00283-O |
| **Xavier Becerra**, et al., | |
| Defendants. | |

## JOINT MOTION TO EXTEND DEADLINE FOR FILING APPLICATION FOR ATTORNEYS' FEES

On March 30, 2023, the Court entered final judgment in this case. *See* ECF No. 114. Under Rule 54(d)(2)(B)(i), the plaintiffs' application for attorney's fees and costs is due 14 days after this entry of judgment. *See* Fed. R. Civ. P. 54(d)(2)(B)(i). The parties respectfully ask the Court to extend this deadline until 14 days after the conclusion of direct appeals, which will occur on: (1) The date on which the time for filing a notice of appeal or petition for writ of certiorari expires; (2) The date on which the Supreme Court of the United States denies certiorari; or (3) The date on which the judgment of this Court or the judgment of the U.S. Court of Appeals for the Fifth Circuit is affirmed or reversed by the Supreme Court, without remand for further proceedings.

The parties agree that it would promote the efficient use of the Court's and the parties' limited resources to extend the deadline, as the plaintiffs' entitlement to costs and fees (as well as the amount of those costs and fees) will depend on the eventual appellate resolution of the issues in this case. A proposed order is attached.

Respectfully submitted.

_/s/ Jonathan F. Mitchell_  
JONATHAN F. MITCHELL  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law

*Counsel for Plaintiffs*

Dated: April 11, 2023

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT  
Assistant Branch Director

_/s/ Christopher M. Lynch_  
CHRISTOPHER M. LYNCH  
D.C. Bar No. 1049152  
United States Department of Justice  
Civil Division  
1100 L Street, NW  
Washington, DC 20005  
(202) 353-4537 (phone)  
(202) 616-8460 (fax)  
christopher.m.lynch@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

   /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*