UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Braidwood Management Inc.**, et al.,

    Plaintiffs,

v.

**Xavier Becerra**, et al.,

    Defendants.

Case No. 4:20-cv-00283-O

## [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING APPLICATION FOR COSTS AND FEES

The joint motion to extend time for the plaintiffs to file an application for costs and attorneys' fees is GRANTED. The plaintiffs shall submit their application for costs and fees no later than 14 days after the conclusion of direct appeals.

_____
Dated: _____
                              REED O'CONNOR
                              UNITED STATES DISTRICT JUDGE