IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

## ORDER

Upon consideration of Defendants' Motion for Partial Stay of Judgment Pending Appeal, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the first paragraph of item 3 of the Court's Final Judgment, ECF No. 114, which provides that

> any and all agency actions taken to implement or enforce the preventive care coverage requirements in response to an "A" or "B" recommendation by the PSTF on or after March 23, 2010 are **VACATED** and Defendants and their officers, agents, servants, and employees are **ENJOINED** from implementing or enforcing 42 U.S.C. § 300gg-13(a)(1)'s compulsory coverage requirements in response to an "A" or "B" rating from PSTF in the future,

is **STAYED** pending appeal and shall not take effect during the duration of appellate proceedings in this case. The remainder of the Final Judgment shall remain in effect.

**SO ORDERED**.

REED O'CONNOR
United States District Judge