UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Defendants' Motion for Partial Stay of Judgment Pending Appeal (ECF No. 121), filed April 12, 2023. To expedite consideration of the same before the Defendants' requested date of Aril 20, 2023, the Court **ORDERS** Plaintiffs to respond **no later than April 17, 2023 at 5:00 p.m. CST**. Defendants may file their reply **no later than April 18, 2023**.

**SO ORDERED** this **13th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE