UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the parties' Joint Motion to Extend Deadline for Filing Application for Attorneys' Fees (ECF No. 120), filed April 11, 2023. Having considered the motion and finding good cause, the Court **GRANTS** the motion and **ORDERS** Plaintiffs to submit their application for costs and fees no later than 14 days after the conclusion of direct appeals.

**SO ORDERED** this **13th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE