UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>Defendants. | Case No. 4:20-cv-00283-O |

## MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION FOR STAY PENDING APPEAL

Under the Court's order of April 13, 2023, (ECF No. 122), the plaintiffs' response to the defendants' motion for stay pending appeal is due at 5:00 P.M. today. The plaintiffs respectfully request a 24-hour extension of this deadline, which would allow the brief to be filed by 5:00 P.M. tomorrow, April 18, 2023.

The plaintiffs are requesting this extension because their lead counsel, Jonathan F. Mitchell, has been traveling each of the last four days and has had briefing deadlines and responsibilities to his clients in other matters that he has been unable to move. On Friday, April 14, 2023, Mr. Mitchell had to file a response to a motion to extend the discovery deadline in *Little v. Llano County*, No. 1:22-cv-00424-RP (W.D. Tex.), a brief on which the district court in that case had previously granted a one-week extension. After filing that brief, Mr. Mitchell had to travel by plane both Saturday and Sunday, and today he must attend to legislative matters in the Texas Capitol on behalf of his legislator clients. Mr. Mitchell has begun working on the brief and expects to finish it late tonight after legislative business finishes for the day. Mr. Mitchell also works as a solo practitioner and is unable to delegate brief-writing or other tasks and responsibilities to colleagues or subordinates. This requested extension is not

sought for purposes of delay, but so that counsel will have sufficient time to prepare a response that will be helpful to the Court. We have e-mailed counsel for the defendants and they take no position on the motion.

## CONCLUSION

The plaintiffs' motion for a 24-hour extension of time for filing the response to the defendants' motion for stay pending appeal should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell

GENE P. HAMILTON
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: April 17, 2023

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed Christopher M. Lynch, counsel for the defendants, and he informed me that the defendants take no position on the motion.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*