UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management, Inc.**, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:20-cv-00283-O |

**[PROPOSED] ORDER**

The plaintiffs' motion for a 24-hour extension of time for filing the response to the defendants' motion for stay pending appeal is GRANTED. The plaintiffs shall file their response no later than 5:00 P.M. central time on Tuesday, April 18, 2023. The defendants shall file the reply brief no later than April 19, 2022.

Dated: _____

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　REED O'CONNOR
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE