UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00283-O |
| XAVIER BECERRA et al., | § § § | |
| Defendants. | § | |

## ORDER

Final Judgment in this case was entered on March 30, 2023 (ECF No. 114). Defendants filed their Notice of Appeal on March 31, 2023 (ECF No. 115). On April 12, Defendants filed their Motion for Partial Stay of Judgment Pending Appeal (ECF No. 121). On April 13, 2023, the Court expedited briefing on Defendants' motion for a partial stay because Defendants requested a response by April 20, 2023, which would permit Defendants the opportunity to file an emergency motion in the Fifth Circuit requesting a stay.

Now before the Court is Plaintiffs' Motion for Extension of Time for Plaintiffs to File Response to Motion for Stay Pending Appeal (ECF No. 124), filed April 17, 2023. The Government takes no position on the motion, which requests a 24-hour deadline extension to file Plaintiffs' response to Defendants' motion for a stay pending appeal. Having considered the motion, the Court finds good cause to **GRANT** Plaintiffs' reasonable request for a brief extension. The Court therefore **ORDERS** Plaintiffs to respond **no later than <u>11:59 p.m. CST</u> on April 18, 2023**. The Government may reply **no later than April 19, 2023**.

The Court will take up Defendants' motion as expeditiously as possible. However, if the Court's granting Plaintiffs' reasonable request for an extension requires Defendants to seek

emergency relief from the Fifth Circuit before this Court can resolve the motion to stay, Defendants are within their right to do so.

**SO ORDERED** this **17th day** of **April, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**