FILED
May 16, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

No. 23-10326

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs—Appellees/Cross-Appellants*,

versus

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

───────────────────────────────

UNPUBLISHED ORDER

Before Clement, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants/Cross-Appellees' motion for partial stay pending appeal is CARRIED WITH THE CASE.

No. 23-10326

IT IS FURTHER ORDERED that Appellants/Cross-Appellees' motion for administrative stay while Court considers this motion is GRANTED.