**FILED**
**June 13, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 23-10326

───────────

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

　　　　　　　　　　　　　　　　　　　*Plaintiffs—Appellees/Cross-Appellants*,

Joel Miller; Gregory Scheideman,

　　　　　　　　　　　　　　　　　　　*Plaintiffs—Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

　　　　　　　　　　　　　　　　　　　*Defendants—Appellants/Cross-Appellees*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

───────────────────────────────

## UNPUBLISHED ORDER

Before CLEMENT, SOUTHWICK, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

In light of the parties' stipulation filed on June 12, 2023, the first paragraph of item 3 in the district court judgment, is STAYED pending this Court's issuance of the mandate in this appeal.