IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-00283-O |

### JOINT MOTION TO STAY PENDING PROCEEDINGS IN THE UNITED STATES SUPREME COURT

On August 13, 2024, the United States Court of Appeals for the Fifth Circuit issued its mandate in this case, affirming this Court in part, reversing in part, and remanding to this Court for further proceedings. Later that day, this Court ordered the parties to file a joint status report by September 13, 2024, summarizing the issues on remand and proposing a schedule for further proceedings.

Defendants plan to file a petition for writ of certiorari, which is currently due on September 19, 2024. In order to preserve judicial resources and for the most efficient resolution of this case, the parties jointly move to stay proceedings in this Court through the conclusion of proceedings in the United States Supreme Court. The parties propose that they file a joint status report in this Court 30 days after the conclusion of proceedings in the Supreme Court addressing what further proceedings are necessary, if any, and proposing a schedule for any such proceedings.

|  |  |
|---|---|
| /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue<br>Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiffs*<br><br>Dated: August 27, 2024 | Respectfully submitted.<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ Christopher M. Lynch<br>Christopher M. Lynch<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>(202) 353-4537 (phone)<br>(202) 616-8460 (fax)<br>christopher.m.lynch@usdoj.gov<br><br>*Counsel for Defendants* |