IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRAIDWOOD MANAGEMENT INC. et al., § § § Plaintiffs, § § v. § § XAVIER BECERRA et al., § § Defendants. § | Civil Action No. 4:20-cv-00283-O |

## ORDER

On August 13, 2024, the United States Court of Appeals for the Fifth Circuit issued its mandate in this case. That same day, in light of the Fifth Circuit's decision, counsel for the parties were ordered to confer and submit to the Court a Joint Status Report that (1) summarizes the issues on remand and (2) proposes a schedule for resolution of the remaining issues. ECF No. 138. On August 27, 2024, the parties submitted a Joint Motion to Stay Pending Proceedings in the United States Supreme Court. ECF No. 139. The Motion states that Defendants plan to file a petition for writ of certiorari by September 19, 2024. *Id*. For the most efficient resolution of this case, the "parties jointly move to stay proceedings in this Court through the conclusion of proceedings in the United States Supreme Court. *Id*.

Accordingly, it is **ORDERED** that the above-captioned case is hereby **STAYED** through the conclusion of proceedings in the United States Supreme Court. The Clerk of Court is **DIRECTED** to administratively close the above-captioned case for statistical purposes until otherwise directed by the Court. The parties are further **ORDERED** to file a joint status report in

1

this Court 30 days after the conclusion of proceedings in the Supreme Court addressing what further proceedings are necessary, if any, and proposing a schedule for any such proceedings.

**SO ORDERED** on this **28th day** of **August, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**