UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Robert F. Kennedy Jr.**, et al., <br><br> Defendants. | Case No. 4:20-cv-00283-O |

## JOINT STATUS REPORT

The parties have conferred in response to the Supreme Court's ruling in *Kennedy v. Braidwood*, 145 S. Ct. 2427 (2025), and the Fifth Circuit's remand. The parties agree that the Supreme Court's opinion in *Braidwood* forecloses any Appointments Clause challenge to the makeup of ACIP or the appointment of the HRSA director.

The plaintiffs intend to seek leave of court to file an amending pleading in response to the Supreme Court's opinion, and intend to move for leave of court within the next 30 days. The defendants anticipate opposing the motion for leave to amend.

Respectfully submitted.

 /s/ Jonathan F. Mitchell  
JONATHAN F. MITCHELL  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

*Counsel for Plaintiffs*

BRETT A. SHUMATE  
Assistant Attorney General  

MICHELLE R. BENNETT  
Assistant Branch Director  

 /s/ Christopher M. Lynch  
CHRISTOPHER M. LYNCH  
D.C. Bar No. 1049152  
United States Department of Justice  
Civil Division  
1100 L Street, NW  
Washington, DC 20005

                                                            (202) 353-4537 (phone)
                                                            (202) 616-8460 (fax)
                                                            christopher.m.lynch@usdoj.gov

Dated: September 16, 2025                  *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 16, 2025, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                   /s/ Jonathan F. Mitchell
                                                   JONATHAN F. MITCHELL
                                                   *Counsel for Plaintiffs*