UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**Robert F. Kennedy Jr.**, et al.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00283-O |

### JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

The plaintiffs have been preparing a second amended complaint, as well a motion for leave to file a second amended complaint in this litigation. Because of the government shutdown, however, the Department of Justice attorneys who represent the defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances. *See* 31 U.S.C. §§ 1341–42. The parties therefore respectfully ask the Court to stay this case until the government shutdown ends.

When the shutdown concludes and the government reopens, the parties will confer and submit a joint status report to this Court, which will propose a briefing schedule for the plaintiffs' motion for leave to file a second amended complaint.

A proposed order is attached.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted.

　/s/ Jonathan F. Mitchell　　　　　　　　　BRETT A. SHUMATE
JONATHAN F. MITCHELL　　　　　　　　　　Assistant Attorney General
Texas Bar No. 24075463
Mitchell Law PLLC　　　　　　　　　　　　MICHELLE R. BENNETT
111 Congress Avenue, Suite 400　　　　　　Assistant Branch Director
Austin, Texas 78701
(512) 686-3940 (phone)　　　　　　　　　　　/s/ Christopher M. Lynch

(512) 686-3941 (fax)  
jonathan@mitchell.law

*Counsel for Plaintiffs*

Christopher M. Lynch  
D.C. Bar No. 1049152  
United States Department of Justice  
Civil Division  
1100 L Street, NW  
Washington, DC 20005  
(202) 353-4537 (phone)  
(202) 616-8460 (fax)  
christopher.m.lynch@usdoj.gov

Dated: October 16, 2025

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on October 16, 2025, I served this document through CM/ECF upon:

Christopher M. Lynch
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                                        /s/ Jonathan F. Mitchell
                                                       Jonathan F. Mitchell
                                                       *Counsel for Plaintiffs*