UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Robert F. Kennedy Jr.**, et al., <br><br> Defendants. | Case No. 4:20-cv-00283-O |

**[PROPOSED] ORDER STAYING PROCEEDINGS UNTIL THE GOVERNMENT SHUTDOWN ENDS**

The Court stays all proceedings in this case until the government shutdown ends. When the shutdown concludes and the government reopens, the parties shall confer and submit a joint status report to this Court within fourteen (14) days.

Dated: _____

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE