IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT, INC., et al. | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:20-CV-00283-O |
| ROBERT F. KENNEDY JR., et al. | | |
| Defendants. | | |

## ORDER

Before the Court is the Parties' joint Motion to stay the proceedings until the government shutdown ends, filed October 16, 2025 (ECF No. 149). The Court finds this Motion should be **GRANTED**. When the shutdown concludes and the government reopens, the Parties shall submit a joint status report to the Court within fourteen days.

**SO ORDERED** this **17th day** of **October, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**