UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Robert F. Kennedy Jr.**, et al., <br><br> Defendants. | Case No. 4:20-cv-00283-O |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

After careful consideration, the plaintiffs have decided against filing an amended complaint and respectfully move for the Court to enter final judgment in accordance with the Supreme Court's ruling in *Kennedy v. Braidwood Management Inc.*, 606 U.S. 748 (2025). A proposed final judgment is attached. We have conferred with counsel for the defendants and they are unopposed to this motion as well as the contents of the proposed final judgment.

Respectfully submitted.

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: December 16, 2025          *Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed Christopher M. Lynch, counsel for the defendants on December 16, 2025, and he informed me that the defendants are unopposed to this motion and the contents of the proposed final judgment.

      /s/ Jonathan F. Mitchell
      JONATHAN F. MITCHELL
      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on December 16, 2025, I served this document through CM/ECF upon:

CHRISTOPHER M. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

BRIAN W. STOLTZ
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

                                        /s/ Jonathan F. Mitchell
                                        JONATHAN F. MITCHELL
                                        *Counsel for Plaintiffs*