UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Braidwood Management Inc.**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Robert F. Kennedy Jr.**, et al.,<br><br>Defendants. | Case No. 4:20-cv-00283-O |

# JOINT MOTION TO EXTEND DEADLINE FOR FILING APPLICATION FOR ATTORNEYS' FEES

On December 17, 2025, the Court entered final judgment in this case. *See* ECF No. 153. Under Rule 54(d)(2)(B)(i), the plaintiffs' application for attorney's fees and costs is due 14 days after entry of judgment, on December 31, 2025. *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

The parties are working to resolve the costs-and-fees award among themselves and are optimistic that they can settle this matter without the need for the Court's involvement. Given the ongoing negotiations and the winter holidays, the parties jointly and respectfully ask the Court to extend this deadline for 14 days to Wednesday, January 14, 2026. A proposed order is attached.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Christopher M. Lynch
CHRISTOPHER M. LYNCH
D.C. Bar No. 1049152

*Counsel for Plaintiffs*

United States Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov

Dated: December 30, 2025

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2025, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*