### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **BRAIDWOOD MANAGEMENT, INC.,** et al. | § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § | **Civil Action No.  4:20-CV-00283-O** |
| **ROBERT F. KENNEDY JR., et al.** | § § § | |
| **Defendants.** | § § § | |

## ORDER

Before the Court is the Parties' Joint Motion to extend the deadline for filing application for attorney's fees (ECF No. 154).  The Court GRANTS the Motion.  Accordingly, the Parties have until January, 14, 2026 to file any application for costs and fees.

**SO ORDERED** this **31st day** of **December, 2025**.


Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**