UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Braidwood Management Inc.**, et al.,

    Plaintiffs,

v.

**Robert F. Kennedy Jr.**, et al.,

    Defendants.

Case No. 4:20-cv-00283-O

### JOINT MOTION TO EXTEND DEADLINE FOR FILING APPLICATION FOR ATTORNEYS' FEES

On December 17, 2025, the Court entered final judgment in this case. *See* ECF No. 153. Under Rule 54(d)(2)(B)(i), the plaintiffs' application for attorney's fees and costs is due 14 days after entry of judgment, on December 31, 2025. *See* Fed. R. Civ. P. 54(d)(2)(B)(i). On December 31, 2025, the Court granted the parties' joint motion to extend this deadline by 14 days to January 14, 2026. *See* ECF No. 155.

The parties have been negotiating in good faith to resolve the costs-and-fees award and the plaintiffs have submitted their timesheets and documentation to the Department of Justice for its review, along with a proposed settlement offer. The Department, however, needs more time to review the proposal and obtain the necessary approval to settle the costs-and-fees award. The parties therefore jointly and respectfully ask the Court to extend the plaintiffs' deadline to submit their application for costs and fees for another 14 days to Wednesday, January 28, 2026. A proposed order is attached.

|  |  |
|---|---|
| | Respectfully submitted. |
| /s/ Jonathan F. Mitchell | BRETT A. SHUMATE |
| JONATHAN F. MITCHELL | Assistant Attorney General |
| Texas Bar No. 24075463 | |
| Mitchell Law PLLC | MICHELLE R. BENNETT |
| 111 Congress Avenue, Suite 400 | Assistant Branch Director |
| Austin, Texas 78701 | |
| (512) 686-3940 (phone) | /s/ Christopher M. Lynch |
| (512) 686-3941 (fax) | CHRISTOPHER M. LYNCH |
| jonathan@mitchell.law | D.C. Bar No. 1049152 |
| | United States Department of Justice |
| *Counsel for Plaintiffs* | Civil Division |
| | 1100 L Street, NW |
| | Washington, DC 20005 |
| | (202) 353-4537 (phone) |
| | (202) 616-8460 (fax) |
| | christopher.m.lynch@usdoj.gov |
| Dated: January 13, 2026 | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2026, I served this document through CM/ECF upon:

Christopher M. Lynch
Jordan L. Von Bokern
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8460 (fax)
christopher.m.lynch@usdoj.gov
jordan.l.von.bokern2@usdoj.gov

Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
(214) 659-8626 (phone)
(214) 659-8807 (fax)
brian.stoltz@usdoj.gov

*Counsel for the Defendants*

          /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*