IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRAIDWOOD MANAGEMENT, INC., et al. | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-CV-00283-O |
| ROBERT F. KENNEDY JR., et al. | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Parties' Second Joint Motion to stay the proceedings until the government shutdown ends, filed January 13, 2026 (ECF No. 156). The Court finds this Motion should be **GRANTED**. Plaintiff SHALL submit its application for attorney's fees by January 28, 2026.

**SO ORDERED** this **16th day** of **January, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**