**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BRAIDWOOD MANAGEMENT, INC., et al.** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-CV-00283-O** |
| | § | |
| **ROBERT F. KENNEDY JR., et al.** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Deadline for Attorney's Fees (ECF No. 160). The Court finds this Motion should be **GRANTED**. Plaintiff SHALL submit its application for attorney's fees by February 11, 2026.

**SO ORDERED** this **28th day** of **January, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE